| STATE OF QATAR<br>MINISTRY OF INTERIOR<br>General Directorate of Border Passports and Expatriates Affairs |  | دولة قطر<br>وزارة الداخلية<br>الإدارة العامة لجوازات المنافذ و شؤون الوافدين |



| | | | |
|---|---|---|---|
| رقم الطلب : | EG2015047714 | رقم التأشيرة : | 132015484467 |
| صلاحية التأشيرة : | 2016-04-07 | تاريخ الاصدار : | 2015-12-22 |
| نوع التأشيرة : | حكومية-رسمية | صفة حامل التأشيرة : | حامل الجواز |
| مدة الاقامة : | 1 - شهر | غرض التأشيرة : | حكومية |
| | | الاســم : | TERRY LEE HOPE |
| الجنــس : | ذكر | الجنسية : | الولايات المتحدة |
| تاريخ انتهاء الجواز : | 2018-10-28 | مكان الميلاد : | الولايات المتحد |
| تاريخ الميلاد : | 1965-11-24 | المهنة : | بدون |
| | | اسم الكفيل : | نادى سباق السيارات والدراجات النارية |

State of Qatar
Ministry of Interior

General Directorate of Border Passport and Expatriates Affairs

Visa Extend - إيصال تمديد سمة

دولة قطر
وزارة الداخلية

الإدارة العامة لجوازات المنافذ وشؤون الوافدين

اسم الكفيل: نادي سباق السيارات والدراجات النارية

Sponsor Name:

Extend Date: 2015-12-02  تاريخ التمديد:

| ت | رقم السمة | الاسم | العلاقة بالكفيل | مدد لغاية |
|---|---|---|---|---|
| 1 | | | OTHER | 2016-02-02 |
| 2 | | | OTHER | 2016-01-18 |
| 3 | | TERRY LEE HOPE | OTHER | 2016-01-14 |
| 4 | | | OTHER | 2016-02-02 |
| 5 | | | OTHER | 2016-02-02 |
| 6 | | | OTHER | 2015-11-27 |
| 7 | | | أخرى | 2016-02-01 |
| 8 | | | OTHER | 2016-01-15 |
| 9 | | | أخرى | 2016-01-27 |
| 10 | | | OTHER | 2016-01-23 |

6681 5603

| STATE OF QATAR | دولة قطر |
| --- | --- |
| MINISTRY OF INTERIOR | وزارة الداخلية |
| General Directorate of Border Passports and Expatriates Affairs | الإدارة العامة لجوازات المنافذ و شؤون الوافدين |



| رقم الطلب : | EG2015047714 | رقم التأشيرة : | 132015484467 |
| --- | --- | --- | --- |
| صلاحية التأشيرة : | 2016-03-08 | تاريخ الاصدار : | 2015-12-22 |
| نوع التأشيرة : | حكومية-رسمية | صفة حامل التأشيرة : | حامل الجواز |
| مدة الاقامة : | 1 - شهر | غرض التأشيرة : | حكومية |
| | | الاســـم : | TERRY LEE HOPE |
| الجنـس : | ذكر | الجنسيــة : | الولايات المتحدة |
| تاريخ انتهاء الجواز : | 2018-10-28 | | |
| تاريخ الميلاد : | 1965-11-24 | مكان الميلاد : | الولايات المتحد |
| | | المهنة : | بدون |
| | | اسم الكفيل : | نادى سباق السيارات والدراجات النارية |

# STC INTERPRETING 

## Certification of Translation Accuracy

I attest that the document of:

**TERRY LEE HOPE – VISA 2**

Have been translated from the languages:

**Arabic to English**

On Behalf of STC Interpreting, by professional translator,

**Ismail Elmersawy**

I hereby certify that I am fluent & conversant in the **Arabic** and **English** languages, and that the translation attached to this certificate, is a full, complete, true and accurate translation of the above document.

This is to certify the correctness of the translation only. STC Interpreting assumes no liability for the way in which the translation is used by the customer or any third party, including end users of the translation.

A copy of the translation is attached to this certification.

I attest the preceding statements to be true.

_____
Translator's Signature
Translator: Ismail Elmersawy

_____
By: Mehrdad Foroughipour
STC Interpreting
Date: September 10, 2020

9854 National Blvd. # 359        Phone: 310-287-0405
Los Angeles, CA 90034            Fax:   310-943-2747            Page 1 of 1
www.STCinterpreting.com          support@STCinterpreting.com

# STC INTERPRETING



STATE OF QATAR

MINISTRY OF INTERIOR

General Directorate of Border Passports and Expatriates Affairs

[*Logo of Qatari Ministry of interior*]

| | | | |
|---|---|---|---|
| Visa No. | 132015484467 | Document No. | EG2015047714 |
| Date of Issue | 12/22/2015 | Valid Until | 03/08/2016 |
| Document Type | Passport | Visa Type | Government/Official |
| Visa Type | Government | Residency Duration | 1 month |
| Name | **TERRY LEE HOPE** | | |
| Nationality | USA | Sex | Male |
| Passport No. and Type | | Passport Expiration Date | 10/28/2018 |
| Place of Birth | USA | Date of Birth | 11/24/1965 |
| Occupation | None/Without | | |
| Name of Sponsor | Car & Motorcycle Racing Club | | |

https://www.moi.gov.qa/VsaWeb/eServices/VisaEnquiryInfo/APrint.html        02/04/2016

**9854 National Blvd. # 359**           Phone: 310-287-0405
**Los Angeles, CA 90034**             Fax:   310-943-2747           Page 1 of 1
www.STCinterpreting.com           support@STCinterpreting.com

# STC INTERPRETING 

## Certification of Translation Accuracy

I attest that the document of:

**TERRY LEE HOPE – VISA 1**

Have been translated from the languages:

**Arabic to English**

On Behalf of STC Interpreting, by professional translator,

**Ismail Elmersawy**

I hereby certify that I am fluent & conversant in the **Arabic** and **English** languages, and that the translation attached to this certificate, is a full, complete, true and accurate translation of the above document.

This is to certify the correctness of the translation only. STC Interpreting assumes no liability for the way in which the translation is used by the customer or any third party, including end users of the translation.

A copy of the translation is attached to this certification.

I attest the preceding statements to be true.

_____
Translator's Signature
Translator: Ismail Elmersawy

_____
By: Mehrdad Foroughipour
STC Interpreting
Date: September 10, 2020


STATE OF QATAR

MINISTRY OF INTERIOR

General Directorate of Border Passports and Expatriates Affairs

[*Logo of Qatari Ministry of interior*]

| Visa No. | 132015484467 | Document No. | EG2015047714 |
|---|---|---|---|
| Date of Issue | 12/22/2015 | Valid Until | 04/07/2016 |
| Document Type | Passport | Visa Type | Government/Official |
| Visa Type | Government | Residency Duration | 1 month |
| Name | **TERRY LEE HOPE** | | |
| Nationality | USA | Sex | Male |
| Passport No. and Type | | Passport Expiration Date | 10/28/2018 |
| Place of Birth | USA | Date of Birth | 11/24/1965 |
| Occupation | None/Without | | |
| Name of Sponsor | Car & Motorcycle Racing Club | | |