

# UNITED STATES OF AMERICA

PASSPORT
PASSEPORT
PASAPORTE

USA

| Type / Type / Tipo | Code / Code / Codigo | Passport No. / No. du Passeport / No. de Pasaporte |
|---|---|---|
| P | USA | ▮▮▮▮▮ |

Surname / Nom / Apellidos
**HOPE**

Given Names / Prénoms / Nombres
**TERRY LEE**

Nationality / Nationalité / Nacionalidad
**UNITED STATES OF AMERICA**

Date of birth / Date de naissance / Fecha de nacimiento
▮▮▮▮▮

Place of birth / Lieu de naissance / Lugar de nacimiento
**FLORIDA, U.S.A.**

Date of issue / Date de délivrance / Fecha de expedición
**29 Oct 2008**

Date of expiration / Date d'expiration / Fecha de caducidad
**28 Oct 2018**

Endorsements / Mentions Spéciales / Anotaciones
**SEE PAGE 27**

USA

P<USAHOPE<<TERRY<LEE<<<<<<<<<<<<<<<<<<<<<<<<<<



*Visas*

EXIT
-7 MAY 2009
KINGDOM OF BAHRAIN
BAHRAIN INT. AIRPORT PASSPORTS
QATAIR

STATE OF QATAR
دولة قطر
الدوحة
6 - DEC 2008

DOHA
DEC 2008

UAE
13 JUN 2009

تأشيرة سياحية لا تتجاوز اسبوعين
ولا يسمح بالعمل
TOURIST VISA NOT TO EXCEED
TWO WEEKS & NOT PERMITTED TO
TAKE UP ANY EMPLOYMENT

62  BAHRAIN INT. AIRPORT PASSPORTS

KINGDOM OF BAHRAIN
مملكة البحرين
ENTRY 62

WELCOME TO
BUSINESS
friendly
BAHRAIN

to Sultanate DEC 2008

Allowed to

IN C

62  جوازات مطار البحرين الدولي

George Washington

Visas

STATE OF QATAR
25
13 NOV 2008
DOHA

STATE OF QATAR
9 NOV 2008
DOHA

one month
يسمح له بدخول سلطنة عمان
Allowed to entry to Sultanate of Oman

DOHA

STATE OF QATAR
189
1 DEC 2008
DOHA

STATE OF QATAR
312
2 2 NOV 2008
DOHA

one month
يسمح له بدخول سلطنة عمان
Allowed to entry to Sultanate of Oman



We hold these truths to be self-evident: that all men are
with certain unalienable rights, that among these

*Visas*

EXIT
28 FEB 2009
174
KINGDOM OF BAHRAIN
BAHRAIN INT. AIRPORT PASSPORTS

STATE OF QATAR
1331
17 NOV 2016
DOHA الدوحة

112 BAHRAIN INT. AIRPORT PASSPORTS

KINGDOM OF BAHRAIN
ENTRY 112
23 MAR 2009
WELCOME TO
BUSINESS
friendly
BAHRAIN

112
TOURIST VISA NOT TO EXCEED
TWO WEEKS & NOT PERMITTED TO
TAKE UP ANY EMPLOYMENT

DEPARTMENT OF HOMELAND SECURITY – U.S. CUSTOMS AND BORDER PROTECTION
TO
Class
Until
ADMITTED
NYC
FEB 0 3 2009

KINGDOM OF BAHRAIN
– 7 NOV 2016

INTER
Multiple Re-er In
Visit Valid For
3 Months from

DEC 23 2008

– 7 NOV 2016  2578

WEEKS STAY OF VISIT AND NOT
MENT OF ANY KIND

We hold these truths to be self-evident: that all men are
with certain unalienable rights, that among these

*Visas*

EXIT
174
28 FEB 2009
KINGDOM OF BAHRAIN
BAHRAIN INT. AIRPORT PASSPORTS

STATE OF QATAR
1331
DOHA
17 NOV 2016

112 BAHRAIN INT. AIRPORT PASSPORTS

KINGDOM OF BAHRAIN
ENTRY 112

BUSINESS
friendly
BAHRAIN

WELCOME TO

2 3 MAR 2009

112

TOURIST VISA NOT TO EXCEED
TWO WEEKS & NOT PERMITTED TO
TAKE UP ANY EMPLOYMENT

DEPARTMENT OF HOMELAND

TO
Class
Until

ADMITTED

U.S. CUSTOMS AND BORDER PROTECTION

FEB 0 9 2009

KINGDOM OF BAHRAIN

1 7 NOV 2016

DEC

INTER

Multiple Re-entry
Year Validity

2008

- 7 NOV 2016  2578

WEEKS STAY  VISIT AND NOT
10

created equal, that they are endowed by their Creator
are life, liberty, and the pursuit of happiness.
*excerpt from the Declaration of Independence*



We have a great dream. It started way back in 1776,

Visas





قسم جوازات المطار      -تجديد تأشيرة-

```
VISA NUMBER    :542010002397 : رقـــم الـتأشيرة
                               : NAME / الاســـم
TERRY LEE HOPE
RENEWING DATE : 02/02/2010 : تاريخ الـتجديد
RENEWED UNTIL : 04/03/2010 : مجدد حتى تاريخ :
RELATIONSHIP  :        أخرى : الـعــلاقـة :
```

\* مـلاحظات :
\* تعتبر هذه الـتأشيرة لاغية دون الـحصول علـى تأشيرة عودة

*Martin Luther King, Jr.*
*and God grant that America will be true to her dream.*

*Visas*



قسم جوازات المطار    -تمديد تأشيرة

--------------------------------------------------------

VISA NUMBER    :542010002397  : رقــــم الــتأشيرة
TERRY LEE HOPE              : NAME / الاســـــم
RENEWING DATE : 02/02/2010  : تاريخ التمديد
RENEWED UNTIL : 04/03/2010  : مدد حتى تاريخ
RELATIONSHIP  :              : العـــــلاقة : أخرى

* ملاحظات :
* تعتبر هذه التأشيرة لاغية دون الحصول على تأشيرة عودة





United Arab Emirates
Ministry of Interior
Nat. & Residency Administration

‏دولة الإمارات العربية المتحدة
‏وزارة الداخلية
‏الإدارة العامة للجنسية والإقامة

3050

The bearer is allowed to enter the UAE and stay for (30) days
from date of entry.
For extension. Please approach the Dept. of Naturalization
& Residency before the end of the (30) days.

*  يسمح لحامله بدخول الدولة والبقاء فيها
لمدة (30) ثلاثون يوماً من تاريخ الدخول.
*  للتمديد يرجى مراجعة إدارة الجنسية
والإقامة قبل انتهاء الثلاثون يوماً.

**14 JAN 2017** EXIT

226

**0 8 JAN 2017** KINGDOM OF BAHRAIN BAHRAIN INT. AIRPORT PASSPORTS

**1 9 JAN 2009**

STATE OF QATAR
DOHA الدوحة

**2 8 FEB 2010**

*Visas*

*John F. Kennedy*

ill, that we shall pay any price, bear any burden, meet
order to assure the survival and the success of liberty.



KINGDOM OF BAHRAIN
ENTRY 42
0 5 MAY 2009
BUSINESS friendly BAHRAIN

BAHRAIN INT AIRPORT PASSPORTS

TOURIST VISA NOT TO EXCEED
TWO WEEKS & NOT PERMITTED TO
TAKE UP ANY EMPLOYMENT

KINGDOM OF BAHRAIN
ENTRY 107
9 DEC 2016
BAHRAIN INT. AIRPORT PASSPORTS

STATE OF QATAR
DOHA
1 1 MAY 2009

STATE OF QATAR
DOHA
1 7 MAY 2009

Visas

This is a new nation, based on a mighty



STATE OF QATAR دولة قطر

1 7 NOV 2009
494

DOHA الدوحة

- 6 DEC 2009

Approved to entry to Singapore at (Qatar)

6 - NOV 2009
482
DOHA الدوحة
STATE OF QATAR

U.S. CUSTOMS AND BORDER PROTECTION DEPARTMENT OF HOMELAND SECURITY
ADMITTED
NYC
MAY 1 8 2009
2544

*Visas*

continent, of boundless possibilities.
*Theodore Roosevelt*



STATE OF QATAR قطر دولة
DOHA الدوحة
2 1 MAR 2016
٨٠١
189

STATE OF QATAR قطر دولة
DOHA الدوحة
1 8 DEC 2013

UAE

09815 ENTRY
UAE
09815
1 6 NOV 2009
09815

صالح الدخول لمدة ٣٠ يوم من تاريخ الدخول ١٣٧
VALID 30 DAYS STAY FROM
DATE OF ARRIVAL
613

2 7 DEC 2013

Valid Until: 2014-01-26 صالحة لغاية:

*5420135517 61*

ing to pass in the



**19** 1575

DEC 1 8 2010

FEB 1 4 2013

DEPARTMENT OF HOMELAND SECURITY—U.S. CUSTOMS AND BORDER PROTECTION
★ ADMITTED ★
NYC
10
FEB 2 8 2010
Until
2294

Allowed to entry to Sultanate of Oman

STATE OF QATAR
464
2 3 NOV 2010
DOHA
STATE OF QATAR

*Visas*

world must first come to pass in the heart of America.

Dwight D. Eisenhower



*Visas*

For this is what America is all about. It is the uncrossed
is not reached and the harvest sleeping in the unplowed
Is a new world coming? We welcome it — and we will

صالحة لغاية:

Valid Until.    2016-11-10

صالحة لغاية:

Valid Until:    2017-02-10



desert and the unclimbed ridge. It is the star that ground. Is our world gone? We say "Farewell." bend it to the hopes of man. *Lyndon B. Johnson*

## *Visas*

54 2.11.3.S

STATE OF QATAR دولة قطر
STATE OF QATAR
DOHA الدوحة
516
03 JAN 2011

سلطنة عمان
Allowed to entry to
Sultanate of Oman

STATE OF QATAR
20 FEB 2011

قسم جوازات المطار — تمديد تأشيرة

VISA NUMBER :542011003008 : رقم التأشيرة
ROBERT SMITH :NAME / الاسم
RENEWING DATE : 27/01/2011 : تاريخ التمديد
RENEWED UNTIL : 04/03/2011 : مددت حتى تاريخ
RELATIONSHIP : أخرى : العلاقة
* ملاحظات :

صالحة لغاية: *0 1 3 2 2 0 7 1 0 2 4 5*

2017-02-13

Valid Until:

صالحة لغاية: *3 6 9 6 4 2 6 1 0 2 3 1*

2017-01-23

Valid Until:

We ... thanks to all the Animal life in the world. We are glad they are still here and



Endorsements / Mentions Spéciales / Anotaciones

Endorsements / Mentions Spéciales / Anotaciones

Valid Until: 2015-12-15

*1 3 2 0 1 5 4 2 5 2 7 3*

STATE OF QATAR

886

16 NOV 2015

STATE OF QATAR
DOHA
14 MAR 2009

STATE OF QATAR
DOHA
3 MAR 2009

STATE OF QATAR
14 DEC 2015

405

*Excerpt from the Thanksgiving Address, Mohawk version.*

They have many things to teach us as people.
we hope it will always be so.



26

12 إقامة تأشيرة دخول للزيارة مدتها

KINGDOM OF BAHRAIN
2 6 JAN 2009
WELCOME
BUSINESS friendly
BAHRAIN
ENTRY 42
BAHRAIN INT AIRPORT PASSPORTS

VISIT VISA & NOT TO EXCEED
... WEEKS & NOT PERMITTED TO
TAKE UP ANY EMPLOYMENT

تأشيرة سياحية للمدة المبينة الحرّ ضمّنت

STATE OF QATAR دولة قطر
1308
6 — JAN 2016
DOHA الدوحة
STATE OF QATAR دولة قطر
٧ . ٢٠

Valid Until:   2016-02-07

* 1 3 2 0 1 5 4 8 4 4 6 7 *

طلب قطعة:

om is not the cause
ause of humankind,



QATAR
AIRWAYS الخطوط الجوية القطرية
**SECURITY**
155516

UNITED
104
DP

UNITED
Security
Dubai



416

# STC INTERPRETING



## Certification of Translation Accuracy

I attest that the document of:

**TERRY PASSPORT**

Have been translated from the languages:

**Arabic to English**

On Behalf of STC Interpreting, by professional translator,

**Ismail Elmersawy**

I hereby certify that I am fluent & conversant in the **Arabic** and **English** languages, and that the translation attached to this certificate, is a full, complete, true and accurate translation of the above document.

This is to certify the correctness of the translation only. STC Interpreting assumes no liability for the way in which the translation is used by the customer or any third party, including end users of the translation.

A copy of the translation is attached to this certification.

I attest the preceding statements to be true.

_____
Translator's Signature
Translator: Ismail Elmersawy

_____
By: Mehrdad Foroughipour
STC Interpreting
Date: September 10, 2020

# STC INTERPRETING



**VISAS**

STATE OF QATAR
DOHA
8 DEC 2008
179

Kingdom of Bahrain
Bahrain International Airport Passports
7 MAY 2009
EXIT

United Arab Emirates
Abu Dhabi International Airport
31 JAN 2009
EXIT

STATE OF QATAR
DOHA
6 DEC 2008
90

KINGDOM OF BAHRAIN
Bahrain International Airport Passports 62
ENTRY
1 DEC 2008

WELCOME TO BUSINESS
Friendly
BAHRAIN

Allowed entry to Sultanate of Oman
One month

TOURIST VISA NOT TO EXCEED TWO
WEEKS & NOT PERMITTED TO TAKE UP
ANY EMPLOYMENT

542008304965

8



**VISAS**

542008272745

STATE OF QATAR
DOHA
9 NOV 2008
82

Allowed entry to Sultanate of Oman
One month

STATE OF QATAR
DOHA
13 NOV 2008
25

542008288435

STATE OF QATAR
DOHA
1 DEC 2009
189

STATE OF QATAR
DOHA
22 NOV 2008
312

Allowed entry to Sultanate of Oman
One month

**9**

# STC INTERPRETING



**VISAS**

Kingdom of Bahrain
Bahrain International Airport Passports
28 FEB 2009
EXIT
174

KINGDOM OF BAHRAIN
ENTRY 112
23 MAR 2009

WELCOME TO BUSINESS
Friendly
BAHRAIN
112 Bahrain International Airport Passports

TOURIST VISA NOT TO EXCEED TWO
WEEKS & NOT PERMITTED TO TAKE UP
ANY EMPLOYMENT

STATE OF QATAR
DOHA
7 NOV 2016
1331

KINGDOM OF BAHRAIN
ENTRY
7 NOV 2016
Bahrain International Airport Passports
ENTRY

Bahrain International Airport Passports
Valid multiple visa [*Illegible*]
Valid for two weeks stay per visit and not
permitted for employment of any kind

Bahrain International Airport
Passports
[*Illegible*] JAN 2009

10



**VISAS**

Visa valid for two weeks
Holder not permitted to work

KINGDOM OF BAHRAIN
ENTRY
123
24 FEB 2009
123 Bahrain International Airport Passports
WELCOME TO BUSINESS
Friendly
BAHRAIN

Allowed entry to Sultanate of Oman
One month

KINGDOM OF BAHRAIN
Bahrain International Airport Passports
234
EXIT
24 DEC 2016

542006029219

STATE OF QATAR
DOHA
31 JAN 2009
[*Signature*]

STATE OF QATAR
DOHA
28 JAN 2009

Allowed entry to Sultanate of Oman

**11**

# STC INTERPRETING



**VISAS**

| |
|---|
| Allowed entry to Sultanate of Oman<br>One month |

| |
|---|
| STATE OF QATAR<br>DOHA<br>3 JAN 2010<br>106 |

| |
|---|
| 542010002397 |

**12**

# STC INTERPRETING



**VISAS**

AIRPORT PASSPORT SECTION
VISA RENEWAL
VISA NUMBER: 542010002397
NAME: **TERRY LEE HOPE**
RENEWING DATE: 02/02/2010
RENEWED UNTIL: 03/04/2010
RELATIONSHIP: OTHER
* NOTES:
* THIS VISA SHALL BE INVALID WITHOUT A RETURN VISA

STATE OF QATAR
DOHA
5 MAY 2009
91

842013000648

STATE OF QATAR
DOHA
3 JAN 2013
323

STATE OF QATAR
DOHA
14 APR 2009
384

542009114002

13

# STC INTERPRETING



**VISAS**

Kingdom of Bahrain
Bahrain International Airport Passports
6 DEC 2008
EXIT

Allowed entry to Sultanate of Oman
One month

TOURIST VISA NOT TO EXCEED TWO
WEEKS & NOT PERMITTED TO TAKE UP
ANY EMPLOYMENT

STATE OF QATAR   DOHA
8 FEB 2008
289

STATE OF QATAR   DOHA
22 FEB 2014
277

Kingdom of Bahrain
Bahrain International Airport Passports
22 NOV 2008
EXIT

STATE OF QATAR   DOHA
21 FEB 2008
191

54209055633

STATE OF QATAR   DOHA
23 FEB 2009
332

STATE OF QATAR   DOHA
14 FEB 2017
332

**14**

**9854 National Blvd. # 359**
**Los Angeles, CA 90034**
www.STCinterpreting.com

Phone: 310-287-0405
Fax:     310-943-2747
support@STCinterpreting.com

**Page 8 of 18**

# STC INTERPRETING



**VISAS**

STATE OF QATAR   DOHA
28 FEB 2010
137

STATE OF QATAR   DOHA
19 FEB 2010
[*Illegible*]

Kingdom of Bahrain
Bahrain International Airport Passports
8 JAN 2017
ENTRY 118

United Arab Emirates
Ministry of Interior
0050
Nationality & Residency Administration
* The bearer is allowed to enter the UAE and stay for 30 days from date of entry;
* For extension, please approach the Department of Naturalization & Residency
before the end of the 30 days.

Kingdom of Bahrain
Bahrain International Airport Passports
14 JAN 2017
EXIT
226

United Arab Emirates
Abu Dhabi International Airport
30 JAN 2009
ENTRY
1664

**15**


**VISAS**

STATE OF QATAR   DOHA
18 MAY 2009
[*Illegible*]

TOURIST VISA NOT TO EXCEED TWO
WEEKS & NOT PERMITTED TO TAKE UP
ANY EMPLOYMENT

542009140463

KINGDOM OF BAHRAIN
Bahrain International Airport Passports
ENTRY 42
5 MAY 2009

WELCOME TO BUSINESS
Friendly
BAHRAIN

KINGDOM OF BAHRAIN
Bahrain International Airport Passports
19 DEC 2016
ENTRY
107

STATE OF QATAR   DOHA
7 MAY 2009
132

**16**

# STC INTERPRETING



**VISAS**

| 542009303455 |
|---|

| STATE OF QATAR   DOHA<br>6 NOV 2009<br>482 |
|---|

| STATE OF QATAR   DOHA<br>17 NOV 2009<br>494 |
|---|

| 542009320212 |
|---|

| Allowed entry to Sultanate of Oman<br>One month |
|---|

| 542013133461 |
|---|

| STATE OF QATAR   DOHA<br>6 DEC 2009<br>171 |
|---|

| STATE OF QATAR   DOHA<br>[*Illegible*] |
|---|

**17**



**VISAS**

| Valid 30 days stay from date of arrival |
| 613 |

| UAE |
| 16 NOV 2009 |
| 09815 |
| ENTRY |
| Dubai International Airport |

| STATE OF QATAR   DOHA |
| 21 MAR 2016 |
| 681 |

| STATE OF QATAR   DOHA |
| [*Illegible*] APR |

| 542013551761 |
| Valid Until: 01/26/2014 |

| STATE OF QATAR   DOHA |
| 27 DEC 2013 |

| STATE OF QATAR   DOHA |
| 18 DEC 2013 |

| Allowed entry to Sultanate of Oman |
| One month |

| UAE |
| 17 NOV [*Illegible*] |

**18**

# STC INTERPRETING



**VISAS**

| Allowed entry to Sultanate of Oman One month |
| --- |

| STATE OF QATAR   DOHA 23 NOV 2010 464 |
| --- |

| 542010344119 |
| --- |

**19**

9854 National Blvd. # 359
Los Angeles, CA 90034
www.STCinterpreting.com

Phone: 310-287-0405
Fax:     310-943-2747
support@STCinterpreting.com

Page 13 of 18



**VISAS**

542016058091
Valid Until: 11/10/2016

382016292800
Valid Until: 02/10/2017

STATE OF QATAR   DOHA
12 NOV 2016
1334

STATE OF QATAR   DOHA
11 OCT 2016
1124

KINGDOM OF BAHRAIN
Bahrain International Airport Passports
12 NOV 2016
EXIT
112

STATE OF QATAR   DOHA
13 DEC 2016
113

[*Illegible*]
715

**20**

# <u>STC INTERPRETING</u>



**VISAS**

| |
|---|
| STATE OF QATAR   DOHA<br>3 JAN 2011<br>516 |

| |
|---|
| Allowed entry to Sultanate of Oman<br>One month |

| |
|---|
| STATE OF QATAR   DOHA<br>20 FEB 2011 |

| |
|---|
| AIRPORT PASSPORT SECTION<br>VISA RENEWAL<br>VISA NUMBER: 542011003008<br>NAME: **ROBERT SMITH**<br>RENEWING DATE: 01/27/2011<br>RENEWED UNTIL: 03/04/2011<br>RELATIONSHIP: OTHER<br>* NOTES:<br>* THIS VISA SHALL BE INVALID WITHOUT A RETURN VISA |

21



**VISAS**

```
542017022310
Valid Until: 02/13/2017
```

```
132016246963
Valid Until: 01/23/2017
```

```
STATE OF QATAR   DOHA
24 DEC 2016
444
```

**24**



**VISAS**

STATE OF QATAR   DOHA
14 DEC 2015
405

STATE OF QATAR   DOHA
23 MAR 2009
119

STATE OF QATAR   DOHA
16 NOV 2015
886

132015425273
Valid Until: 12/15/2015

STATE OF QATAR   DOHA
14 MAR 2009
[*Illegible*]

92009076150

Allowed entry to Sultanate of Oman
One month

25



**VISAS**

132015484467
Valid Until: 02/07/2016

STATE OF QATAR   DOHA
6 JAN 2016
1308

KINGDOM OF BAHRAIN
42 Bahrain International Airport Passports
ENTRY
42
26 JAN 2009

WELCOME TO BUSINESS
Friendly
BAHRAIN

TOURIST VISA NOT TO EXCEED TWO
WEEKS & NOT PERMITTED TO TAKE UP
ANY EMPLOYMENT

26