desert and the unclimbed ridge. It is the star that
ground. Is our world gone? We say "Farewell."
bend it to the hopes of man.   *Lyndon B. Johnson*

## Visas

```
VISA NUMBER    : 542011003008
ROBERT SMITH
RENEWING DATE  : 27/01/2011
RENEWED UNTIL  : 04/03/2011
RELATIONSHIP   :
```