TERRY L HOPE

15
3
10

============================================================================
\*\*\*\*\*MOBILITI IS NOW AVAILABLE AT TNBANK!!\*\*\*\*\*
Online Banking Consumer customers can now access account information on
their Mobile Phone. It's quick, convenient access at no cost to you. To
enroll, simply log in to your Online Banking account and click enroll.
If you have already chosen "Ask Me Later" or "Decline" you can still
enroll by going to My Profile, scroll down to Mobile Banking Profile,
then click Manage Device(s). You have the option to use Text Banking,
Browser Banking or download the App.        Enroll today!

============================================================================
                        FREEDOM CHECKING ACCOUNT
============================================================================

```
                        LAST STATEMENT 02/14/14      100.48
                               3 CREDITS          18,512.95
                              55 DEBITS            8,082.74
                        THIS STATEMENT 03/14/14   10,530.69
```

- - - - - - - - - - DEPOSITS - - - - - - - - - -

- - - - - - - - OTHER CREDITS - - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| INCOMING WIRE TRANSFER | 02/24 | 14,473.22 |

TERRY L HOPE

15
3
12

==========================================================================
*****MOBILITI IS NOW AVAILABLE AT TNBANK!!*****
Online Banking Consumer customers can now access account information on
their Mobile Phone. It's quick, convenient access at no cost to you. To
enroll, simply log in to your Online Banking account and click enroll.
If you have already chosen "Ask Me Later" or "Decline" you can still
enroll by going to My Profile, scroll down to Mobile Banking Profile,
then click Manage Device(s). You have the option to use Text Banking,
Browser Banking or download the App.        Enroll today!
****************************************************************
If you already use Online Banking, just go to your Profile & scroll to
the eStatement section at the bottom & click "Edit". If you are not an
Online Banking user, but would like to get eStatements, contact a branch
office & have them activate eStatments for you today. It's that easy!

==========================================================================
                    FREEDOM CHECKING ACCOUNT ████
==========================================================================

                        LAST STATEMENT 12/15/15          7.25
                                  4 CREDITS         33,723.48
                                 76 DEBITS          26,433.13
                        THIS STATEMENT 01/15/16       7,297.60

              - - - - - - - - - DEPOSITS - - - - - - - - - -
REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
         12/16      200.00          12/22    23,000.00

              - - - - - - - - OTHER CREDITS - - - - - - - - -
DESCRIPTION                                            DATE         AMOUNT
INCOMING WIRE TRANSFER                                 12/17     10,469.98

```
▓▓▓▓▓▓▓▓▓▓
   TERRY L HOPE                                        15
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                    Z
                                                        0
```

===============================================================
      *** SIGN UP FOR ESTATEMENTS TODAY AND GO PAPERLESS! ***
   Why? *It reduces risks associated with having bank account information in
   your mail box. *Receive your statement days sooner than waiting for a
   paper statement in the mail. *It's environmentally friendly. *It's easy.
   If you already use Online Banking, just go to your Profile & scroll to
   the eStatement section at the bottom & click "Edit". If you are not an
   Online Banking user, but would like to get eStatements, contact a branch
   office & have them activate eStatements for you today. It's that easy!
   We now offer REVERSE MORTGAGE LOANS!
   Wondering if a Reverse Mortgage is right for you?  Call or visit
   our Reverse Mortgage Specialist today at (865) 483-9444.
   YOU can help Emory Vally Center by donating your old computers for their
   use in Vocational Training to secure jobs in our community for the people
   they support.  Please contact them at (865)483-4385.  Thank you!

===============================================================
                  FREEDOM CHECKING ACCOUNT 68908
===============================================================

                         LAST STATEMENT 11/15/16           64.37
                                6 CREDITS              8,495.98
                               69 DEBITS               7,003.42
                         THIS STATEMENT 12/15/16        1,556.93

              - - - - - - - - - DEPOSITS - - - - - - - - - -
REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
          11/25      450.00

                  - - - - - - - - OTHER CREDITS - - - - - - - - -
DESCRIPTION                                              DATE         AMOUNT
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
INCOMING WIRE TRANSFER                                  12/06       5,975.00
              *  *  *   C O N T I N U E D   *  *  *
```

███
TERRY L HOPE

===================================================================
FREEDOM CHECKING ACCOUNT ███
===================================================================
- - - - - - - - OTHER CREDITS - - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| ███ | | |
| INCOMING WIRE TRANSFER | 01/30 | 4,975.00 |
| ███ | | |
| INCOMING WIRE TRANSFER | 02/13 | 3,975.00 |