CORRECTED (if checked) ☐

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | |
|---|---|---|
| AL-ANABI RACING LIMITED<br>27 PILL HILL LANE<br>DUXBURY MA 02332<br>(781) 934-5534 | | |

| 1 Rents<br>$ | 2 Royalties<br>$ | OMB No. 1545-0115<br>**2017**<br>**Miscellaneous Income** |
|---|---|---|
| 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | Form **1099-MISC** |
| 5 Fishing boat proceeds<br>$ | 6 Medical & health care payments<br>$ | |
| 7 Nonemployee compensation<br>$ 3450.00 | 8 Substitute payments in lieu of dividends or interest<br>$ | **Copy B**<br>**For Recipient** |

| PAYER'S federal identification number | RECIPIENT'S identification number |
|---|---|
| 98-0634417 | XXX-XX-4297 |

| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ |
|---|---|

RECIPIENT'S name and address

TERRY HOPE

106 MARSHALL CIRCLE
OAK RIDGE TN 37830

| 11 | 12 |
|---|---|
| 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ |

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

| Account number (see instructions)<br>1 | FATCA filing requirement ☐ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |
|---|---|---|---|---|

Form **1099-MISC**  (keep for your records)    www.irs.gov/form1099misc    Department of the Treasury - Internal Revenue Service
DXA

# InspectorTools

4848 Colt Street Suite 11
Ventura CA 93003
Tel: (805) 644-4316  Fax: (805) 644-5362
Order online at www.InspectorTools.com

# INVOICE

| DATE | INVOICE &5 |
|---|---|
| 10/20/2008 | 124281 |

**BILL TO**

7819345534 - Aurum Telemedia Co.
Donald Greenbaum
27 Pill Hill Lane
Duxbury MA 02332

**SHIP TO**

8654834613 - Atomic Performance
Terry Hope
375 Warehouse Road
Oak Ridge TN 37830

| PO or NAME &6 | TERMS | ENTERED BY | SHIP DATE | SHIP METHOD |
|---|---|---|---|---|
| w13286 | Mastercard | Y_BH | 10/20/2008 | UPS BLUE |

| QUANTITY | ITEM NUMBER | ITEM DESCRIPTION | EACH | AMOUNT |
|---|---|---|---|---|
| 1 | FLIRI5 | Extech i5 Infrared Camera by FLIR | 2,995.00 | 2,995.00 |
|  |  | SERIAL NO. |  |  |
| 1 | SHIPPING | Shipping and Insurance  **UPS 2 Day Air** | 38.32 | 38.32 |

|  |  |
|---|---|
| Subtotal | $3,033.32 |
| Sales Tax (0.0%) | $0.00 |
| Total | $3,033.32 |

Liability is limited to replacement, repair or credit at seller's option.



# FedEx International Air Waybill

**Express** — For shipments originating in Europe, the Middle East, Africa, and the Indian Subcontinent.

**Manifest Billing Copy**

## 1 From
- Date: 2/19/11
- Sender's FedEx Account Number: 168 312 580
- Sender's Name: Moe Atat
- Phone: +974 44582102
- Company: AL ANABI RACING
- Address: INDUSTRIAL AREA, STR# 37
- Address: POB # 24916
- City: DOHA - QATAR
- Country: QA

## 2 To
- Recipient's Name: Howard Moon
- Phone: 865-483-4612
- Company: Al-Anabi Super Charger INC
- Address: 375 Warehouse Rd.
- City: Oak Ridge
- State/Province: TN
- Country: USA
- ZIP/Postal Code: 37830

## 3 Shipment Information
- Total Packages: 6
- Total Weight: 8500 lbs
- DIM: 43,47,54 in
- Commodity Description: Engine Parts
- Country of Manufacture: USA
- Value for Customs: 10,500
- Total Declared Value for Carriage: Dollars
- Total Value for Customs: 10,500

## 4 Express Package Service
- ✓ FedEx Intl. Priority

## 5 Packaging
- ✓ Other

## 7a Payment
- ✓ Sender

## 7b Payment (Bill duties and taxes to)
- ✓ Recipient

FedEx Tracking Number: 8734 3993 8739 0460

Origin Station ID: GKT
Destination Station ID: GKT
URSA Routing: US/GKT
Received At: DOHA

Barcode: 8716 4104 7801



1088 W Thorndale Ave.
Bensenville, IL 60106
Phone: (630) 766-2900
Fax: (630) 766-6320
www.aeronet.com

To: ALANABI RACING

TERRY HOPE

PU# 157-18400826

Serial 13PR01

# Delivery Order

| DATE | OUR REF NO. |
|---|---|
| 02/21/2013 | 314016120 |
| PREPARED BY ||
| Mircea Calin ||

| IMPORTING CARRIER | LOCATION | FROM PORT OF / ORIGIN PORT |
|---|---|---|
| Qatar Airways Cargo | 1225 | Doha |

| B/L OR AWB NO. | ARRIVAL DATE | FREE TIME EXP. | HAWB NO. | ENTRY NO. |
|---|---|---|---|---|
| 157-18400826 | 02/20/2013 | 02/25/2013 | | |

| SHIPPER | CUSTOMER REFERENCE NO. |
|---|---|
| Sheikh Khalid Hamad | |

| FOR DELIVERY TO: | PICKUP LOCATION: |
|---|---|
| Aurum Telemedia Co.<br>27 Pill Hill Lane<br>Duxbury, MA 02332<br>(781) 934-5534<br>Attn: Don Greenbaum | Swissport<br>11405 W Irving Park<br>Chicago, IL 60666<br>(773) 462-9424<br>Attn: Imports |

| CONTAINER INFORMATION | VESSEL NAME |
|---|---|
| | |

| NO. OF PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS EXCEPTIONS | WEIGHT |
|---|---|---|
| 1 | Drag Racing Car SR# 13PR01<br>Resembles Camaro Car Returned American Goods | 2201 |

**SPECIAL REMARKS**

can pickup on weekends hrs 0830-1730

ORIGINAL DELIVERY ORDER
**INLAND FREIGHT** →

PREPAID / COLLECT

RECEIVED IN GOOD ORDER
BY: _____

Unless a special declaration of value has been made and additional charge(s) have been paid to the carrier or warehouse in connection with this shipment, the liability of the carrier or warehouse for loss, delay, or any other cause whatsoever, shall be limited to the amount provided by the carrier or warehouse tariff, or liability of US $.50 per pound, maximum $50.00 per lot. Unless a separate certificate has been issued and the applicable premium paid, goods are NOT INSURED. Additional restrictions are provided in the Terms and Conditions of Service of the carrier, warehouse, and of Novo Express International which are incorporated herein by reference. It is agreed that freight Collect shipments are delivered to the consignee without recourse to the consignor for freight charges.

**P.O.D. REQUIRED: PLEASE FAX IT IMMEDIATELY UPON DELIVERY**
**ALL accessorials must be approved in advance.**