```
LEISA R HOPE
TERRY L HOPE                                              15
▮▮▮▮▮▮▮▮▮                                                  1
OAK RIDGE TN  37830                                         2
```

========================================================================
IMPORTANT:
To ensure TNBANK can contact you in case of an emergency or a breach on
on your account(s),please stop by one of our local offices and update
your contact information.   Thank you in advance.
        *** SIGN UP FOR ESTATEMENTS TODAY AND GO PAPERLESS! ***
Why? *It reduces risks associated with having bank account information in
your mail box. *Receive your statement days sooner than waiting for a
paper statement in the mail. *It's environmentally friendly. *It's easy.
If you already use Online Banking, just go to your Profile & scroll to
the eStatement section at the bottom & click "Edit". If you are not an
Online Banking user, but would like to get eStatements, contact a branch
office & have them activate eStatements for you today. It's that easy!
We now offer REVERSE MORTGAGE LOANS!
Wondering if a Reverse Mortgage is right for you?  Call or visit
our Reverse Mortgage Specialist today at (865) 483-9444.

========================================================================
                   FREEDOM CHECKING ACCOUNT ▮▮▮▮
========================================================================

                    LAST STATEMENT 10/13/17        1,776.66
                            14 CREDITS             10,685.77
                            87 DEBITS              12,386.45
                    THIS STATEMENT 11/15/17            75.98

            - - - - - - - - - DEPOSITS - - - - - - - - - -
REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
        11/03    2,208.56

            - - - - - - - - OTHER CREDITS - - - - - - - - -
```

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| Square Inc SDV-VRFY T20019600409 | 10/25 | .01 |
| Square Inc 171025P2 L203266996760 | 10/25 | 2,412.35 |
| Square Inc 171026P2 L203267290745 | 10/26 | 2,412.35 |

```
            * * *  C O N T I N U E D  * * *
```