**From:** Abdullah Hassiba (ahassiba@hotmail.com)
**To:** Tierry Atomic performance
**Date:** Saturday, August 29, 2009 9:52:48 AM
**Subject:** payroll

here are the new salaries set by Sh Khalid.

```
Jarom Blackburn:  $2500          20%         1306.65
Duncan Burnet  :  $5000          20%         2556.60
Terry Hope     :  $4506.32       8.1%        2556.60
Bryan Perkins  :  $5000          20.%        2083.33
Von Smith      :  $10785.91      7.85%       5392.95
Howard Moon    :  $ 17000        2%
-----------------------------
Total             $44792.23
```

Windows Live Messenger: Celebrate 10 amazing years with free winks and emoticons. Get Them Now

```
                                                       1358.61

                                                        113.21


 100

  50                          2613.21          31358.61
  50                          5113.21          61358.61
                              5113.21          61358.61
                              4166.66          50000.000
                             10785.91         129430.92
                             17000.00
```