# Friday

A — Butter Garlic Shrimp
Roasted Fennel and Prosciutto Flat Bread

S — Arugula with Warm Bacon Vinaigrette

Sides — Green Beans with Mushroom and Bacon
Twice Baked Potato.

E — Steak.

B — Rolls.

D — Pecan Pie.

Saturday

B. Biscuts & Gravy
Hashbrowns
Eggs
Bacon
Country Ham.

L. Sandwich's Bar & Chips
Hawaiian Ham Sandwichs

D

Ⓐ Buffalo Chicken Pot Stickers

S  Mushroom, Apple, Goat Cheese Salad

Sides Two-color Rosemary Roasted Potatos

E  Molusses- Grilled Pork Tenarloin

Bananas  
Half & Half  

Charcoal,  
meat Thermometer  

1½ Pounds shrimp  
~~IIII~~ Butter  
5 garlic cloves Bulbs  
½ cup dry white wine  
~~IIII Salt~~  
~~IIII Black Pepper~~  
¼ c. Fresh Flat-Leaf Parsley  
French Bread.  
1 Pound Pizza dough.  
2 Fennel Bulbs.  
IIII Olive Oil  
Fresh Thyme  
Fresh Oregano  
2 oz. sliced prosciutto  
1½ c shredded fontina Cheese  
~~II Cooking Spray~~  
~~II dried Red Pepper~~  
~~Balsamic glaze~~  
IIII Bacon  
II Shallot  
~~Red wine Vinegar~~  
I 15 oz arugula or mixed Greens  
II ⅓ c Goat Cheese  
2 pounds Fresh Green Beans  
3 c shiitake Mushrooms  

Ice  
Soda  
Water

- 3 Bakeing Potatos
- Milk
- Sour Cream
- Sharp Cheddar Cheese
- 6 Ribeyes
- Rolls
- Biscuts
- Gravy
- Hash browns
- Eggs
- Country Ham
- Jam
- Hot sause
- Sandwich Bread
- Hawaiian Sweet Rolls
- Ham
- Roast Beef
- Shredded Swiss Cheese
- 11 Dijon Mustard
- dried mixed Onion
- Worcestershire Sauce
- Mayo
- Sandwich Cheese
- 4 c shredded cooked chicken
- Buffalo hot sauce
- 3 Green Onions
- 48 Wonton Wrappers

1/2 c walnuts
1 Pound assorted mushrooms
Honey-Balsamic Vinaigrette
1 Gala Apple
2 1/2 P Sweet Potatoes
1 P Red Potato
Fresh Rosemary
~~1/4 c Molasses~~
apple cider vinegar
6 3/4 Pound Pork Tenderloins
chips
Dips