| Title | Link | Quote | Who is Quoting and Relationship | Location in Video (if applicable) |
|---|---|---|---|---|
| 2011 Year In Review DVD. Del Worsham Wins Championship | 2011 Year In Review DVD. Del Worsham Wins Championship | "I want to thank Sheikh Khalid first and foremost for building this team and giving me the opportunity to drive. And Alan Johnson for hiring me and believing in me." | Del Worsham, driver for Al-Anabi Racing | 3:40 - 3:47 |
| Al-Anabi Extends Top Fuel Contract with Alan Johnson for 5 Years | https://dragillustrated.com/al-anabi-extends-top-fuel-contract-with-alan-johnson-for-5-years/ | "We are very proud of our team's accomplishments in its first five years. Through our working and personal relationships with Sheikh Khalid, we have enjoyed learning a great deal about the Qatari culture as well as Sheikh Khalid's vision and commitment to the sport of drag racing and this great race team. Our relationship with Sheikh Khalid has been very rewarding in many ways." "We look forward to the challenge of improving our performance both on and off the race track in the next five years. Since | Alan Johnson, Al-Anabi team racing manager | NA |

| | | the next five years. Since this race team began operation in 2009, our goal has been to win races and championships for Qatar and Sheikh Khalid – that will not change." | | |
|---|---|---|---|---|
| Al-Anabi Extends Top Fuel Contract with Alan Johnson for 5 Years | https://dragillustrated.com/al-anabi-extends-top-fuel-contract-with-alan-johnson-for-5-years/ | "I am very pleased that we have the opportunity to build on our successful five years and want to thank Alan Johnson and all of the team members of Al-Anabi Racing who brought two championships and a winning espirit de corps to Al-Anabi Racing." | Sheikh Khalid Al Thani | NA |
| Al-Anabi Extends Top Fuel Contract with Alan Johnson for 5 Years | https://dragillustrated.com/al-anabi-extends-top-fuel-contract-with-alan-johnson-for-5-years/ | "This news is a very good thing for Al-Anabi, for Sheikh Khalid, all of the team, and the Qatari government," alBalooshi said. "We all want to help the sport keep growing, and I want everyone to know about Al-Anabi Racing.

"This team won two championships and missed one by two points in the first year. This year, the team is No 1 in points and No. 5 in points. The team did a very good job in the first five years, and | Khalid Al Balooshi, driver for Al-Anabi Racing | NA |

| | | | | |
|---|---|---|---|---|
| | | 5 in points. The team did a very good job in the first five years, and I hope the next five years will be even better than the first five. I know everyone on our team thanks Sheikh Khalid for this opportunity." | | |
| QRC CHAMPIONSHIP FINALS 2009 AL-ANABI WIN! | [QRC CHAMPIONSHIP FINALS 2009 AL-ANABI WIN!] | Promotional reel for Al-Anabi Racing, shows Sheikh Khalid along with a montage of racing videos and wins | NA | 1:07-1:20, 1:31, 1:47, 1:53, 1:59, 2:28, 2:54-2:56, 3:06-3:35, 4:29, 4:53-5:01, 5:36, 5:43, 6:20-6:22, 6:38, 6:57-7:03, 7:24-7:26, 7:33, 7:39-7:48 |
| Speedtech Nitrous Promo01 | [Speedtech Nitrous Promo01] | KH Logo on neck covering at 2:36, KH Logo on back righthand side of car at 2:40. | NA | 2:36, 2:40 |
| Al-Anabi QRC 2009 | [Al-anabi QRC 2009] | Al-Anabi Racing logo throughout, Promotional Reel Shiekh Khalid introduction and entrance at 5:14--listing off details about the race and the cars. | NA | 1:04, 3:34-3:53, 4:40, 5:14 |
| Drag race qatar mov.mp4 | [drag race qatar mov.mp4] | Video introduces Khalid and Al-Anabi Racing, reel of racing | Sheikh Khalid Al Thani, 2:20-2:40 | 2:04, 2:08, 2:20-2:40 |

| Drag race qatar mov.mp4 | drag race qatar mov.mp4 | Video introduces Khalid and Al-Anabi Racing, reel of racing highlights. "Alan Johnson Team Owner" appears on the screen at 2:04 "Sheikh Khalid Al Thani: AL-ANABI Owner" appears on the screen at 2:08 with a quote following "I am no different than any other team co-owner; I want to see both the Funny Car and Top Fuel team as World Champions. I trust Alan's vision of operating his own team will manifest more wins, more records and championships while raising awareness of the drag racing in my home country of Qatar." | Sheikh Khalid Al Thani, 2:20-2:40 | 2:04, 2:08, 2:20-2:40 |
| --- | --- | --- | --- | --- |
| KH Al Anabi / second best world record | KH Al Anabi / second best world record | KH Logo spins in bottom right corner Al-Anabi race car races. Multiple shots of Sheikh Khalid and racers from 1:07-1:17, 3:09, 3:24-3:33 | NA | 1:07-1:17, 3:09, 3:24-3:33 |
| Von Smith VS.Scott Cannon EnglishTown | Von Smith VS.Scott Cannon EnglishTown | "Special thanks to the Al-Anabi gang because without them we've would not have been | Announcers | 0:01-0:14, 1:01-1:10 |

| | | | | 1:01-1:10 |
|---|---|---|---|---|
| IHRA 2009 | IHRA 2009 | would not have been able to bring TV to this event. They've been responsible for covering all those costs. So special thanks to them as we go into this final." 0:01-0:14<br><br>"For Al-Anabi Racing, Awesome Motor Sports, Howard Moon, the screwblower and all the gang, the driver that's based in TN" 1:01-1:10 | | |
| Full Throttle Ep 1 \| Al Anabi | Full Throttle Ep 1 \| Al Anabi | "Obviously we wanted to win the championship but realistically there's a lot of stuff we had to develop and learn as a team and I think we did a good job of that" | Alan Johnson | 0:23-0:33 |
| Full Throttle Ep 1 \| Al Anabi | Full Throttle Ep 1 \| Al Anabi | "At just 23 years of age, the royal Sheikh is determined to put Qatar and drag racing on motorsport's global map. And not just by promoting it on the wings of a top-fuel dragsters." | Reporters | 1:22-1:33 |
| Full Throttle Ep 1 \| Al Anabi | Full Throttle Ep 1 \| Al Anabi | "I think the better we do the more he (Sheikh Khalid) is out there to show us off to the people of Qatar and the people of Middle East | Del Worsham, Funny Car Driver - Al Anabi Racing | 1:33-1:45 |

| | | people of Middle East and the people out there. I think he gets a lot of satisfaction of it. | | |
|---|---|---|---|---|
| Full-Throttle Ep 1 \| Al Anabi | Full Throttle Ep 1 \| Al Anabi | "It all comes down to one thing--it's drag racing. He loves it, I love it, and together we're going to win a lot of races" | Alan Johnson | 2:00-2:09 |
| Al-Anabi Shootout | Al-Anabi Shootout | Drag Racing throughout video | NA | NA |
| Al Anabi Racing at the NHRA | Al Anabi Racing at the NHRA | "5 Years Ago, Sheikh Khalid Bin Hamad Al Thani Had a Vision. To Combine his passion of sport with the opportunity to share the ideals of a nation QATAR with the world" | QRC Video Producer | 0:25-1:00 |
| Al Anabi Racing at the NHRA | Al Anabi Racing at the NHRA | "I feel like this is the next step. Knowing how Sheikh Khalid runs his team and how he operates…he provides you with the best equipment, he provides you with the best people that work on cars." | Shawn Langdon, driver for Al Anabi | 2:50-3:01 |
| The Rise and | The Rise and | "I got a call this past | Matt Smith | 3:25 |

| | | best people that work on cars." | | |
|---|---|---|---|---|
| The Rise and Fall of Al Anabi Racing | The Rise and Fall of Al Anabi Racing | "I got a call this past week from the Al-Anabi Racing Organization stating that they were done with me and many other teams, I'm not sure exactly what is going on, but I do know that we now have no sponsor. I am sure there will be more details to come, but that's all I know at this point." | Matt Smith, former driver | 5.25 |
| NHRA shocker: Alan Johnson Racing halts operations | https://motorsports.nbcsports.com/2015/09/15/nhra-shocker-alan-johnson-racing-halts-operations/ | "On the eve of the start of it's premier event, the Countdown to the Championship, the National Hot Rod Association was rocked Tuesday with news that Alan Johnson Racing is suspending operations of its Top Fuel team, effective immediately. That means 2013 Top Fuel champ Shawn Langdon, who qualified sixth for the Countdown, will likely miss his bid to go for a second championship in three seasons. "We are extremely disappointed to make this decision, but at this point it is our best option," team owner Alan Johnson said in a statement. "The AJR marketing staff has worked diligently throughout the year | NA | NA |

| | | | | |
|---|---|---|---|---|
| | | it is our best option," team owner Alan Johnson said in a statement.<br><br>"The AJR marketing staff has worked diligently throughout the year securing funding to complete the 2015 season. Unfortunately we have come up a bit short."<br><br>AJR has struggled with funding since its primary sponsor and benefactor, Sheikh Khalid bin Hamad Al Thani and the Qatar Racing Club, suspended funding for Johnson's two-dragster Al-Anabi Racing team just four weeks before this year's season-opening Circle K Winternationals." | | |
| NHRA Shocker: Qatar Racing Club suspends sponsorship, Al-Anabi Plans TBD | https://motorsports.nbcsports.com/2015/01/05/nhra-shocker-qatar-racing-club-suspends-sponsorship-al-anabi-plans-tbd/ | The Qatar Racing Club has terminated funding for all motorsports activities in North America. This decision includes the two-car Al-Anabi Racing Team operated by Alan Johnson Racing, the team announced today. The decision was made in the final days of 2014, and team members were notified this morning.<br><br>"We are obviously surprised and disappointed about this completely unexpected turn of events," Alan Johnson Racing team | NA | NA |

owner Alan Johnson said. "Our plans for the 2015 NHRA season were nearing completion starting with pre-season testing next week in (West Palm Beach) Florida and the first race of the 2015 NHRA season a month from today in (Pomona) California. Many things are uncertain, and our situation is obviously still evolving. We are currently exploring our options, and we hope to have more news in the near future."