## Von SMITH

Al Anabi's driver Von Smith of Oak Ridge, TN began driving on Doctor Moon's team back in the 1990's. Today, Smith is the winning driver for Al Anabi Racing, owned by Sheikh Khalid Bin Hamad Al Thani, a member of the ruling family of Qatar. Von drove the team's 1968 Camaro Pro-Mod to a record-breaking world championship.

Von grew up with the love of racing watching his dad drag race. By 1987 Von had his own team. Today he has more than 30 national event wins, including his First National Title in 1996. Von enjoys boating, motocross, anything with speed and spending time with his two sons, Ryan and Kurtis.

## Dr Howard MOON

Howard, owner of Atomic Performance, has been building engines and tuning racecars (& boats) for years. His more notable accomplishments were that of tuning Von Smith's Funny Car during the championship seasons of the 1990's. Howard says that the different challenges he is forced to overcome with different car combinations and different people are the best part of drag racing. Howard took on the challenge of tuning a supercharged alcohol burning Pro-Modified entry in 2003. Since that time, he has tuned his way to over 15 national event wins as well as earned World Records for Pro Mod in both elapsed time and speed. "Doctor" Moon, as his honorary namesake implies, is truly a "Professor of Alcohol Injection." Howard and his wife, Shelia, live in Clinton, TN and have one daughter, Brittney. He enjoys working on his 1964 Chevy Wagon and 1966 Chevy II. He is also the owner of a successful Late Model Asphalt Car.

## The Crew

**Mac Burnet**
Car Chief-Is Dr. Moon's Right Hand Man. He has been with Dr. Moon since 2003. He is the senior crew member on the team and knows every part of the car. He makes sure all maintenance and tuning calls are implemented on the car. Mac has years of racing experience and has been going to the track since he was young with his father. Mac, an Oak Ridge, TN resident, enjoys jet skiing and working on his own race car.

**Terry Hope**
Transportation/Electronics-Terry has been with Dr. Moon since 2004. He drives the transporter. As a truck driver, he has logged over 3,000,000 miles in 7 countries. Terry is also responsible for all the electronics for the team. He lives in Oak Ridge, TN with his wife, Leisa, and has 5 boys. He enjoys cooking and camping when he is not out with the team.

**Jarom Blackburn**
Clutch and Converter Technician-Jarom has been with the team since 2009. He lives in Oak Ridge, TN with his wife and 2 boys.

**Troy Venable**
Tires and Drive train-Troy is the newest member of the team. He is a recent graduate of the University of Tennessee. He lives in Oak Ridge, TN.



At the forefront of Al-Anabi Racing is Sheikh Khalid Bin Hamad Al Thani, a member of the ruling family of Qatar, who set a goal of promoting the domestic and international awareness of motorsports in the nation of Qatar. As a result of his efforts, Al-Anabi Racing has emerged as one of the leading drag racing teams in the region.

The vision of Qatar Race Club was to create the most superior state of the art facility in the Gulf Region. Sheik Khalid's vision became a reality in 2009 when QRC hosted its inaugural event to over 100 racers and a packed house of spectators from all over the globe. Located in Doha, Qatar, the Qatar Race Club is the most technically advanced and outfitted drag racing facility in the country. The racing track itself has been proclaimed to be the flattest racing surface in the World and, it has been proven by producing some of the quickest and fastest times in event competition.

The Qatar Race Club is a state-of-the-art Motorsports facility with a quarter-mile, all-concrete racing surface that includes concrete guard rails throughout the shutdown area. The QRC track is milled and polished, and the facility utilizes the latest in track-cleaning equipment. It also utilizes Compulink Timing Systems and is available for corporate events and private test sessions. For additional information, please visit www.qrczone.com

## Team Owner: Sheikh Khalid Bin Hamad Al Thani



Sheikh Khalid Bin Hamad Al Thani, a member of the ruling family of Qatar, owns the Al Anabi Racing Team. Sheikh Khalid is dedicated to promoting motorsports in his home country of Qatar where he and his family have built a state-of-the-art drag strip also known as the Qatar Racing Club. Sheikh Khalid is also the 2010 Arabian Drag Racing League Pro Extreme Champion.

The State of Qatar sits on a peninsula halfway along the western shoreline of the Arabian Gulf and is almost completely surrounded by sea. It borders Saudi Arabia to the south and is separated by the sea from the United Arab Emirates in the southeast and Bahrain in the northwest.

Sheikh Khalid's team consisting of veteran Top Alcohol Funny Car tuner and Pro Modified crew chief Howard Moon, along with Driver Von Smith, have had decades of success together. With the support of his excellency behind the duo, there is no telling what they can accomplish. Sheikh Khalid, Dr. Moon and Von have already amassed three Championships in two different classes in just a few short years.

     

AL-ANABI SUPERCHARGERS, INC. | Al-Anabi Racing | Qatar Racing Club | KH | Hoosier Racing Tire

Card Design: McSnyder Designs    Photos: Roger Richards

