

# CRAFTSMEN
INDUSTRIES

3101 Elm Point Industrial Dr.
St. Charles, MO 63301
636-940-8400  Fax: 636-940-8499

# Quote

| Quote # | QU07198 |
|---|---|
| Date | 12/03/2012 |
| Page | 1 of 1 |

**Bill To:**

**Ship To:**
Atomic Performance
Phone: (865) 363-6264

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | |
|---|---|---|---|---|---|---|
| H MOON | OMIC PERFORM | BHAMMOND | | | 01/01/1900 | |
| Item Number | Description | | | Qty | Unit Price | Ext Price |
| .VEG | Full wrap graphics package - Al Anabi Camero / Alanabi Rage Camero<br>- Full wrap coverage<br>- Digital print on 3M IJ 180 Cv3 w/ 8518 gloss laminate | | | 2.00 | $3,950.00 | $7,900.00 |
| .INSTALL | On site application at Bickel Racing in Moscow Mills, MO | | | 2.00 | $1,700.00 | $3,400.00 |

| | |
|---|---|
| Subtotal | $11,300.00 |
| Miscellaneous | $0.00 |
| Freight | $0.00 |
| Sales Tax | $0.00 |
| Total | $11,300.00 |

Total may not include applicable sales tax or shipping. These charges will be calculated when invoiced.

3101 Elm Point Industrial Dr.   St. Charles, MO 63301   o:636.940.8400   t:800.373.3575   f:636.940.8499