# Al-Anabi Racing Team

**Al-Anabi Racing Team** is a racing team that operates in the United States and Qatar and owned by H.E.Sheikh Khalid bin Hamad Al Thani and managed by Alan Johnson Racing. AART's recorded setting performances has been the result of an experienced team and devoted owner. Sheikh Khalid is heavily involved in promoting motor sports in the State of Qatar and abroad. Founded in 2009, the team has won two consecutive National Hot Rod Association (NHRA) Full Throttle Top Fuel championships under His Excellency's direction. Click here to view Al-Anabi Racing Team website


← Back