

# MIKE CASTELLANA



**Residence:** Muttontown, N.Y.
**Hometown:** Westbury, N.Y.
**Date of birth:** March 25, 1964
**2018 car:** Al anabi Racing '69 Camaro
**Crew chief:** Frank Manzo
**Team owner:** Sheikh Khalid Bin Hamad Al Thani
**2017 wins/runner-up finishes:** 2/2
**Career wins/runner-up finishes:** 8/10
**2017 points finish:** 2nd
**Best points finish:** 2nd (2012, 2017)
**Career-best elapsed time:** 5.685 seconds (Houston 2017)
**Career-best speed:** 253.85 mph (St. Louis 2017)

## *2017 SEASON HIGHLIGHTS*

Won back-to-back events at Charlotte 1 and Atlanta
Set career-best speed at St. Louis
Posted runner-up finishes at Gainesville and Topeka

## *CAREER HIGHLIGHTS*

2016: Set career-best speed at Gainesville; Won at Bristol; Posted a runner-up finish at Charlotte 2
2015: Raced to three quarterfinals appearances; Finished 16th in points
2014: Raced to only win of the season at Gainesville; Raced to runner-up finish at Houston
2013: Earned victory at St. Louis; Posted runner-up finish at Norwalk; Posted No. 1 qualifier at Gainesville and Houston; Set best time of event at Gainesville, Houston, and Norwalk; Finished third in the point standings
2012: Was in the finals in the first two races of 2012 and secured a runner-up finish in Gainesville and won the event in Charlotte; finished a career best second in the points; set a career best speed of 246.39 in Gainesville
2011: Raced to wins at Houston and Norwalk; finished seventh in the point standings
2010: Posted a runner-up finish at Englishtown and finished 16th in point standings

## *PERSONAL INFORMATION*

Wife: Connie
Children: Marianne, Maria, Mikaela, Mikey
Hobbies: Watching his children play sports
Other employment: Owner, Western Beef supermarket

## *CAREER STATISTICS*

| Year | No. Races | Pts. Fin. | Won | R/U | Semi. | Qtr. | 1st Rd. | No. 1 Qfy. | DNQ | Round W-L |
|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | 12 | 2 | 2 | 2 | 2 | 3 | 3 | 4 | 0 | 20-11 |
| 2016 | 10 | 9 | 1 | 1 | 0 | 1 | 3 | 0 | 4 | 8-5 |
| 2015 | 10 | 16 | 0 | 0 | 0 | 3 | 2 | 0 | 5 | 3-5 |
| 2014 | 10 | 9 | 1 | 1 | 0 | 2 | 3 | 0 | 3 | 9-6 |
| 2013 | 10 | 3 | 1 | 1 | 1 | 4 | 3 | 2 | 0 | 13-9 |
| 2012 | 10 | 2 | 1 | 2 | 2 | 4 | 1 | 3 | 0 | 18-9 |
| 2011 | 5 | 7 | 2 | 2 | 1 | 0 | 0 | 0 | 0 | 16-3 |
| 2010 | 7 | 16 | 0 | 1 | 0 | 3 | 1 | 1 | 2 | 6-5 |
| TOTAL | 74 | | 8 | 10 | 6 | 20 | 16 | 10 | 14 | 93-52 |