It has come to my attention that my and Al Anabi Racing's relationship with Mustafa Atat has recently been the subject of considerable discussion. The comments centered on Mustafa's involvement in a race in Detroit, Michigan, in 2001 which resulted in the tragic death of an innocent bystander. As a driver of the other car in that race, I understand that Mustafa has been charged with several serious crimes in the United States.

I did not come to know Mustafa until 2007 when he settled with his new family in Qatar. I do not know exactly what happened in Detroit, and do not fully understand the details of American law. In particular, I only recently learned that the murder conviction of the other driver in the Detroit race did not preclude Mustafa's being found guilty of that same crime, an unfamiliar notion in my country. As such, I do not think it is appropriate for me to attempt to respond to the many allegations that

such, I do not think it is appropriate for me to attempt to respond to the many allegations that have been made about Mustafa.

There have also been allegations made about the integrity of our team and other members of the Al Thani family in Qatar. These comments have been categorically untrue and unnecessary. Some have even bordered on racist. Luckily, I know that the overwhelming majority of race fans are above these types of ad hominem attacks. I hope that, in the future, anyone who does not know me, my family or my team personally will attempt to do so before making baseless personal attacks.

Although I do not think my commenting on Mustafa's situation is appropriate, I also recognize that this situation continues to effect many people. Mustafa has been a talented and dedicated member of the Al Anabi Racing team. However, out of respect for all involved in the tragedy in Detroit, including the family of the victim and the others injured, and also out of respect for the United States racing community which has warmly welcomed me and many of my team members, I

have asked Mustafa to separate himself from Al Anabi Racing here in Qatar. I expressed my hope that he will take the necessary steps to resolve his personal legal issues.

I wish to express my heartfelt sorrow for the family of the victim and all those involved in the tragic accident in Detroit in 2001. I hope that the rest of us can respect their privacy and return our focus to racing, where it belongs.

Very truly yours,
Sheikh Khalid Al Thani
Al Anabi Racing [2/3/2010]