# STC INTERPRETING



## Certification of Translation Accuracy

I attest that the document of:

**DR. MOON – NEWSPAPER ARTICLE**

Have been translated from the languages:

**Arabic to English**

On Behalf of STC Interpreting, by professional translator,

**Ismail Elmersawy**

I hereby certify that I am fluent & conversant in the **Arabic** and **English** languages, and that the translation attached to this certificate, is a full, complete, true and accurate translation of the above document.

This is to certify the correctness of the translation only. STC Interpreting assumes no liability for the way in which the translation is used by the customer or any third party, including end users of the translation.

A copy of the translation is attached to this certification.

I attest the preceding statements to be true.

_____
Translator's Signature
Translator: Ismail Elmersawy

_____
By: Mehrdad Foroughipour
STC Interpreting
Date: September 10, 2020

9854 National Blvd. # 359         Phone: 310-287-0405
Los Angeles, CA 90034             Fax:   310-943-2747                    Page 1 of 2
www.STCinterpreting.com           support@STCinterpreting.com



NEWSPAPER: AL RAYA
ARTICLE DATED: SUNDAY MAY 17, 2009
Page 5

"WE ACTED CLEVERLY SO WE REACHED OUR DESIRED GOAL," DR. MOON

Dr. Moon, the head coach of the Al Anabi team, the Pro Modified class, expressed his deepest satisfaction about the excellent results obtained by the team champions after the fierce competitions in the fifth and last round of the Qatar Drag Race Championship.

Moon said that the champions of the Al Anabi team for drag racing in general, especially the Pro Modified class, were extraordinary stars as they made amazing results. Thus, they crowned their great efforts over the past period to win the title in the fifth and last round of this great championship. Dr. Moon confirmed that he was extremely optimistic about the whole time spent because of the high spirit of all the members of the Al Anabi team.

"We worked so cleverly over the past time and used all successful means until we accomplished it. But this does not stop me from admitting that the competitions were very tough. We did not accomplish these successes easily as some people might think, especially that many teams were preparing to win titles," Dr. Moon added.

"This success did not come out of nothing. It was a natural result of the great care and support toward the Drag Race in Qatar. This is in addition to the quality of the car and motorcycle tracks. I won't be exaggerating to state that this is one of the best racing tracks in the world thanks to security, safety, and continuous maintenance as per the world standards," the head coach of the Al Anabi team, the Pro Modified class, stated.

Dr. Moon concluded his statements by confirming that the Al Anabi Drag Racing team managed to dominate in the drag racing thanks to the conscientious management and huge support from HH Sheikh Khalid bin Hamad Al Thani, President of the Qatar Car & Motorcycle Racing Club. He advanced the drag racing sport to make giant leaps in Qatar in a short time.



# STC INTERPRETING



## Certification of Translation Accuracy

I attest that the document of:

**SHANNON JENKINS – NEWSPAPER ARTICLE**

Have been translated from the languages:

**Arabic to English**

On Behalf of STC Interpreting, by professional translator,

**Ismail Elmersawy**

I hereby certify that I am fluent & conversant in the **Arabic** and **English** languages, and that the translation attached to this certificate, is a full, complete, true and accurate translation of the above document.

This is to certify the correctness of the translation only. STC Interpreting assumes no liability for the way in which the translation is used by the customer or any third party, including end users of the translation.

A copy of the translation is attached to this certification.

I attest the preceding statements to be true.

_____
Translator's Signature
Translator: Ismail Elmersawy

_____
By: Mehrdad Foroughipour
STC Interpreting
Date: September 10, 2020

9854 National Blvd. # 359         Phone: 310-287-0405
Los Angeles, CA 90034             Fax:   310-943-2747            Page 1 of 1
www.STCinterpreting.com           support@STCinterpreting.com

# STC INTERPRETING



NEWSPAPER NAME: Al Sharq
ARTICLE DATED: May 17, 2009
Page 10

"THE EFFORTS OF HH SHEIKH KHALID BIN HAMAD LED THE AL ANABI TEAM TO THE TOP," SHANNON JENKINS

Shannon Jenkins, the head coach of the Al Anabi team, the sportsman class, confirmed that the successes made by the Al Anabi team in the finale of the Qatar Drag Race Championship are an outstanding achievement that fulfilled all the team's ambitions in this short time.

"The most beautiful thing about this accomplishment is that the team started from the scratch. Thanks to the care and support of HH Sheikh Khalid bin Hamad Al Thani, President of the Qatar Car & Motorcycle Racing Club, we made these giant leaps and made one success after another until we attained international levels. I believe that winning this first championship is great for the Al Anabi team as it confirms that the team is growing and improving exponentially," Jenkins said.

"My happiness doubled of course with this gain because it pleased the wide fans of the Al Anabi team that attended in thousands in the final day to support the players and push them to do their best efforts," the head coach of the Al Anabi team, the sportsman class, added.



# STC INTERPRETING



## Certification of Translation Accuracy

I attest that the document of:

**VON SMITH – NEWSPAPER ARTICLE**

Have been translated from the languages:

**Arabic to English**

On Behalf of STC Interpreting, by professional translator,

**Ismail Elmersawy**

I hereby certify that I am fluent & conversant in the **Arabic** and **English** languages, and that the translation attached to this certificate, is a full, complete, true and accurate translation of the above document.

This is to certify the correctness of the translation only. STC Interpreting assumes no liability for the way in which the translation is used by the customer or any third party, including end users of the translation.

A copy of the translation is attached to this certification.

I attest the preceding statements to be true.

_____
Translator's Signature
Translator: Ismail Elmersawy

_____
By: Mehrdad Foroughipour
STC Interpreting
Date: September 10, 2020

9854 National Blvd. # 359     Phone: 310-287-0405
Los Angeles, CA 90034         Fax:   310-943-2747          Page 1 of 1
www.STCinterpreting.com       support@STCinterpreting.com

# STC INTERPRETING



**NEWSPAPER: AL WATAN**
**ARTICLE DATED: MAY 17, 2009**
Page 5

**"OUR RISE TO THE CHAMPIONSHIP IS THANKS TO MANAGEMENT AND FANS," VON SMITH, STAR OF THE AL ANABI TEAM**

He is a special champion. He is a star in the auto racing. And he is a pillar of the auto sport in Qatar and the Gulf. Von Smith, the player of the Al Anabi team, started to be noticed by all followers and observers of this sport. In addition, he still has lots of huge ambitions that urge him to look forward to more accomplishments and innovations in the racetracks.

In a quick interview with the Al Anabi star who is a golden champion after winning the Round 5 and the general title of the Qatar Car & Motorcycle Racing Club, he expressed his great happiness for this accomplishment.

"I won twice in the final day of the tough championship. I was able to win the championship and Round 5 at the same time for me and for the Al Anabi team. Therefore, I cannot describe my happiness with this fantastic triumph which I dedicate to HH Sheikh Khalid bin Hamad Al Thani, who is the primary person who should get all the credit for his tremendous care and unlimited support to all team members. I think he made us champions in this short time," Von Smith said in his statements.

"The management of the Qatar Car & Motorcycle Racing Club, presided by HH Sheikh Khalid bin Hamad Al Thani, created all the appropriate conditions for us to make every effort to be champions. Therefore, I consider these successes the least we can offer to the club family for this continuous support for us, and the simplest appreciation for the management and fans that support all members of the Al Anabi team," Von Smith added.



9854 National Blvd. # 359          Phone: 310-287-0405
Los Angeles, CA 90034              Fax:   310-943-2747          Page 1 of 1
www.STCinterpreting.com            support@STCinterpreting.com

# STC INTERPRETING



## Certification of Translation Accuracy

I attest that the document of:

**FAISAL AL HENZAB – NEWSPAPER ARTICLE**

Have been translated from the languages:

**Arabic to English**

On Behalf of STC Interpreting, by professional translator,

**Ismail Elmersawy**

I hereby certify that I am fluent & conversant in the **Arabic** and **English** languages, and that the translation attached to this certificate, is a full, complete, true and accurate translation of the above document.

This is to certify the correctness of the translation only. We do not guarantee that the original is a genuine document, or that the statements contained in the original document are true. Further, STC Interpreting assumes no liability for the way in which the translation is used by the customer or any third party, including end users of the translation.

A copy of the translation is attached to this certification.

I attest the preceding statements to be true.

_____
Translator's Signature
Translator: Ismail Elmersawy

_____
By: Silene Conceicao
STC Interpreting
Date: September 11, 2020

# STC INTERPRETING



NEWSPAPER: Al Sharq
Date: May 17, 2009
Page: 11

**"WITH THE PRESENCE OF SHEIKH KHALID BIN HAMAD AL THANI, WE WILL MAKE MORE ACCOMPLISHMENTS," FAISAL AL HENZAB**

**OUR EYES ON AMERICA AND WE ARE HAPPY FOR THE SUCCESSES**

Faisal Al Henzab, the Secretary General of the Car & Motorcycle Racing Club, has expressed his thanks and appreciation to HH Sheikh Khalid bin Hamad Al Thani, the club president, for all the considerable efforts he has made recently.

"These marvelous efforts of my boss, Sheikh Khalid bin Hamad Al Thani, ignited our enthusiasm to reach the highest success possible either in organization or competition inside the racetrack. In fact, the club president encouraged me greatly more than anyone else. Since he entrusted me considerably, I decided to expend my efforts at a maximum level over the past period to tell everybody that we were able to bring success with excellence," Al Henzab said after the end of the fifth and last round of the Qatar Drag Race Championship.

"Generally speaking, I am 100% satisfied with what was accomplished either in the organizational or competitive aspects. I think that the praise we received from all participants and followers is the conclusive proof of this accomplished success," the Secretary General of the Car & Motorcycle Racing Club of Qatar added.

Al Henzab admitted that the Club's family has faced several difficulties recently, stating that the most evident difficulties is the fact that this sport was new and did not have any background or popularity. He said that they took on the challenge, started from the scratch, and reached this accomplishment in record time after overcoming these difficulties. "My boss, HH Sheikh Khalid bin Hamad Al Thani, provided employees and the organizational committee with all the means possible. He made us work with managerial and organizational professionalism to raise the flag of our country and advance the game to the highest level," he said.

"I believe the organizational process in the next season will be much easier because we gained wide experience which will help us, of course. I can affirm from now that as long as Sheikh Khalid bin Hamad Al Thani is my boss, I challenge everybody that we will continue our successes from one round to another and from one championship to another. God willing, the championship's competitions in the next season will witness more and stronger cars and the participation of new classes. The season will begin in October, God willing," Al Henzab said about the new things he will present in the next period.

"We are completely satisfied with our performance, and our happiness is great with the results accomplished. Our eyes are now on America which will witness our competitions in the next period. I think the Qatar Championship was the best preparation for the American competitions, especially that we have now three of the best players in the 2008/2009 season at the Gulf level. Also, we found six skillful and distinguished players. Sheikh Khalid gave us his instructions to prepare these heroes through the American participations so they could gain the needed experience through participation in these strong competitions," the Secretary General said about the performance of the Al Anabi team so far.

9854 National Blvd. # 359        Phone: 310-287-0405
Los Angeles, CA 90034            Fax:   310-943-2747            Page 1 of 1
www.STCinterpreting.com          support@STCinterpreting.com