بقاع/بصل/أحمر /كوسة ملونة/نريك سموس /مابردي
miyin

سلطة/مسقة/مرقوقة/اقمولي مزروعة/قل أحمر
جميع     سلاطة

سلطة الحمص الحب

همامص/بصل/كزبرة/هنا /ثوم/شبت/زيت/زيتون/ملح/فلفل

شوربة بالعدس

عدس أسود ملوم/بقدونس/همامص/بقاع/بصل/أحمر
زر/ثوم/عصون/دبس الرمان/ملح/فلفل/أسود

حمص بالسمسم

بنجر/حمص/عصون/دبس/ رمان/ثوم/ملح/فلفل

المحشي

فلفل ملون/لحم مفروم/بصل/بقدونس/بقاع
همامص/أرز/ورقة/ملح/فلفل/شوربة/زر/ثوم

ملوخية بلدي

مربى حموص/  miyin/ مدرس ملح/ك
ملح/فلفل/فلفل أحمر للحردنة/ وسمسم
علي التوب

# السلطات

١ سلطة حمص

٢ فول بالعدس

٣ حمص بالطحينة

...

... لحم

- برياني سمك وربيان

... بالعيرية مع شيش برك

... مشوي فلفل ورز

... باللحم بالجبزبيل والعسل والهويلو النوم

# المقالي

- فلافل
- كبة مقلية
- سمبوسك بنجابي

## الشوربات

- شوربة قطر الدوانك بالبطين
- شوربة بطاطس بالجبنة الشيس

## الباستا

- كانيلوني دجاج بالبشاميل
- رافيولي بالمشروم والجبنة

## المشاوي

- صينية سالمون مشوى بصوص الترياك
- مشاوي مشكلة

الحلويات

تارت الرمان

تغميسات الكولاته

عصيرة

أم علي

قرش دوست شيج حبيبة

| | | |
|---|---|---|
| ...٥ | ق ٢٠ | ٥ |
| ... ٢ | بغ ٢ | ٨ |
| عمر ١٠ | العل مكم | |
| ٤ | مايل سيب | |
| ٥ | في الحنذ اللذيذ | ٥ |
| ٤ | ... | |

میراتا بیت روست

درک سبحی

فوق + بیت سلوم

شات + د لالو

بیت أدرلیت

UNOFFICIAL ARABIC TRANSLATION OF RECIPES

MINT/GREEN ONION /COLORED ZUCHINI/ TERYAKI SAUCE/ "MABIRST"

MIFIN?

SALMON/ MANSAF /BREAD MARKUK OVER "SAGE'/RAVIOLI "FROUT"
"JAMIH" ?AND" GRAIN' OF RED VINEGAR


GARBANZO BEANS" GRAIN" SALAD :
TOMATOES/ ONION/ CRAFTS/ CUCUMBER/ GARLIC/FENNEL/
VINEGAR/ "ZZ TON/SALT PEPPER.

TABBOULEH w LENTILS:
BOILED BLACK LENTILS/PARSELY/TOMATOES/MINT/GREEN ONION
ZZ TUN/ ON LEMON/GRENADE SYRUP/SALT/BLACK PEPER.
GARBANZO BEANS WITH BEET
"BANJAR" ( Beet) GARBANZO BEANS/ "A" LEMON ("A= ABBREVIATION
FOR JUICE) /GRANADINE SYRUP
SALT/BLACK PEPER.

STUFFED COLORED" PEPPER ( BELL PEPPER):
/HAMBURGUER MEAT/ ONION/ PARSELY/ MINT
TOMATOES/ RICE/ CINNAMON/ SALT/ PEPER "SOUP" ( BROTH ) " ZZ
TUN" ?

TERYAKI SALMON:
SOYA SAUCE "MIRIN" SAUCE
SALT/PEPER/ GREEN PEPPER FOR "AL JARSHA" (SMASHING) AND
TOASTED SESSAME
OVER THE TOAST

THE SALADS

^ GARBANZO BEANS SALAD
^ TABBOULEH WITH LENTILS
^ GARBANZO BEANS WITH BEETS

THE RICE

MEAT "MANSSAF"
FISH AND SHRIMPS BIRYANI
RICE WITH THIN PASTA AND SHIH BARAK
SHISH BARAK RAVIOLI
YOGURT SAUCE
STUFFED "ROMAN PEPPER" (GREEN BELL PEPER)
COUSCOUS WITH MEAT IN GINGER AND HONEY,SOY SAUCE, AND
GARLIC

## "AL MAKALI" {ALL FRIED FOOD)

FALAFEL
FRIED KIBBEH

"BENJABI" SAMBOUSIK" -STUFFED DOUGH WITH MEAT PASTRY
(AL BENJAB AREA IN INDIA/ PAKISTAN STYLE)

## SOUPS

MUSHROOM SOUP (ERASED)
PUMPKIN  SOUP OF POTATOES WITH CHEDDAR CHEESE

## THE PASTA

CHICKEN CANNELLONI IIN BECHAMEL
RAVIOLI WITH MUSHROOM AND CHEESE.

## "THE BARBECUED"

A TRAY OF BARBECUD SALMON IN TERYAKI SAUCE WITH
VEGETABLES
MIXED BARBECUE ( MEAT : LAMB CHICKEN BEEF)

## THE SWEETS ( DESSERTS)

GRENADINE TARTE
LITTLE CHOCOLATE PIECES - TRUFFLES
"ASSIDAH" (TRADITIONAL SWEET SOUP)

"OUM ALI" (THE MOTHER OF ALI :  FAMOUS EGYPTIAN DESSERT)


FRESH TOAST SHEIK "LASINT"


| FLOUR   200 | CINNAMON: 5 |
|---|---|
| "FORN ?" MILK : 300 | EGGS     8 |
| SUGAR : 80 | |
| MAPLE SYRUP :40 | |
| HONEY :25 | |
| VANILLA : 20 | |

MIX ALL WITH   "SALISE?" BREAD
AND TOAST IT.