FREIGHTGATOR LOGISTICS
317 RIVEREDGE BLVD
SUITE 208
COCOA    FL32922
TEL:321-735-4904  FAX:815-588-2307

RD  02-21-13    AMS
ABI CERTIFIED
BROKERS CODE:BDU
C.H. BOX:

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

ENTRY/IMMEDIATE DELIVERY

19 CFR 142.3, 142.16, 142.22, 142.24

Form Approved
OMB No. 1651-0024
Exp. 01-31-2012

| 1. ARRIVAL DATE 02/20/2013 | 2. ELECTED ENTRY DATE | 3. ENTRY TYPE CODE/NAME 01 CONSUMPTION ENTRY | 4. ENTRY NUMBER BDU-0024947-0 |
|---|---|---|---|
| 5. PORT 3901 | 6. SINGLE TRANS.BOND | 7. BROKER/IMPORTER FILE NUMBER 024947    314016120 | |
| | 8. CONSIGNEE NUMBER 04-319368200 | | 9. IMPORTER NUMBER SAME |
| 10. ULTIMATE CONSIGNEE NAME AURUM TELEMEDIA CO 27 PILL HILL LN DUXBURY    MA02332 | | 11. IMPORTER OF RECORD NAME AURUM TELEMEDIA CO 27 PILL HILL LN DUXBURY    MA02332 | |
| 12. CARRIER CODE QR | 13. VOYAGE/FLIGHT/TRIP 6059 | 14. LOCATION OF GOODS-CODE(S)/NAME(S) 1225    QR CHI QATAR | |
| 15. VESSEL CODE/NAME QATAR AIRWAYS | | | |
| 16. U.S. PORT OF UNLADING 3901 | 17. MANIFEST NUMBER | 18. G.O. NUMBER | 19. TOTAL VALUE 25000 |

20. DESCRIPTION OF MERCHANDISE
US GDS EXPD FOR TEMP USE

| 21. IT/BL/AWB CODE | 22. IT/BL/AWB NO. | 23. MANIFEST QUANTITY | 24. H.S. NUMBER | 25. COUNTRY OF ORIGIN | 26. MANUFACTURER NO. |
|---|---|---|---|---|---|
| M | 15718400826 | 1 | 9801001010 | US | QASHEKHA2491DOH |
| | | | | | |
| | | | | | |
| | | | | | |

27. CERTIFICATION

I hereby make application for entry/immediate delivery. I certify that the above information is accurate, the bond is sufficient, valid and current, and that all requirements of 19 CFR Part 142 have been met.

SIGNATURE OF APPLICANT
X  _signature_    Atty in Fact

PHONE NO. 321-735-4904      DATE 02/21/2013

29. BROKER OR OTHER GOVT. AGENCY USE
EXAM. SITE:
CONTAINER NUMBERS :

28. CBP USE ONLY

☐ OTHER AGENCY ACTION REQUIRED, NAMELY:

ABI ENTRY FILED
X ELECTRONIC ENTRY FILED
☐ CBP EXAMINATION REQUIRED.
☐ ENTRY REJECTED, BECAUSE:

I certify that I have received a U.S. Customs release for this shipment a copy of which is attached.

| DELIVERY AUTHORIZED: | SIGNATURE | DATE |
|---|---|---|
| | _signature_ | DATED:02-21-2013 |

Paperwork Reduction Act Statement: An agency may not conduct or sponsor an information collection and a person is not required to respond to this information unless it displays a current valid OMB control number and an expiration date. The control number for this collection is 1651-0024. The estimated average time to complete this application is 15 minutes. If you have any comments regarding the burden estimate you can write to U.S. Customs and Border Protection, Office of Regulations and Rulings, 799 9th Street, NW., Washington DC 20229.

02-21-13 11:13 PAPERLESS

CBP Form 3461 (10/09)