| | | |
|---|---|---|
| **Consignee's Name and Address**<br>DON GREENBAUM<br>AURUM TELEMEDIA<br>27 PILL HILL LANE<br>USA 02332 DUXBURY<br>PHONE: 0017819345534 | **Consignee's Account Number** | Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity.<br><br>It is agreed that the goods shipped pursuant to this Agreement are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY in the Conditions of Contract. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required. |
| **Issuing Carrier's Agent Name and City**<br>AL JABER INTL CARGO | | **Accounting Information**<br>FREIGHT PREPAID<br>NOTIFY: CARGO SAVE INC<br>179 30 14th AVE JAMAICA NY<br>11434 USA, MR:HARRY GIBSON |
| **Agent's IATA Code**<br>65761636 | **Account No.**<br>17 | |

| Airport of Departure (Addr. of First Carrier) and Requested Routing<br>DOHA INTL AIRPORT | | Reference Number | Optional Shipping Information |
|---|---|---|---|

| To | By First Carrier Routing and Destination | to | by | to | by | Currency | CHGS Code | WT/VAL PPD COLL | Other PPD COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ORD | QR | | | | | QAR | | X | X | NVD | NCV |

| Airport of Destination<br>CHICAGO | Requested Flight/Date<br>27 FEB | Amount of Insurance | INSURANCE – If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in field "Amount of Insurance" |
|---|---|---|---|

**Handling Information**
DOCS ATTACHED PLZ INFM CNEE ON ARRIVAL...

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to USA law prohibited

SCI

| No. of Pieces RCP | Gross Weight kg/lb | Rate Class / Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|
| 01 | 1000.0 KG | | 1000.0 | AS AGREED | AS AGREED | DRAG RACE CAR<br>RETURN AMERICAN GOODS<br>CHSS NO: PCC2231110<br>MAKE CHVROLET 2010<br>8 CYLINDERS 40 HP<br>COLOR: BBUE / YELLOW<br>CARNET NO: 446627 |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| | AS AGRRED | | XXXXXXXXX<br>AWB:200.00  MYC:2750.00  XDC:550.00<br>KBB: 30.00  SCA: 15.00  FEA:137.50  375<br>AWA: 20.00 |
| | Valuation Charge | | |
| | Tax | | |
| **Total Other Charges Due Agent**<br>200.00 | | | Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations. |
| **Total Other Charges Due Carrier**<br>3502.50  3740 | | | |
| | | | C/O XPRESS<br>Signature of Shipper or his Agent |
| **Total Prepaid** | **Total Collect** | | 27 FEB 2011    DOHA, QATAR |
| Currency Conversion Rates | CC Charges in Dest. Currency | | Executed on (date)    at (place)    Signature of Issuing Carrier or its Agent |
| For Carrier's Use only at Destination | Charges at Destination | Total Collect Charges | 157 -1579 007 |

RD10
Printed in Bahrain by Oriental Press

5583068 5

Original 2 (for Consignee)

| 1 | Holder and address / Titulaire et adresse | CPD no. | Ddt 688821 | 1 |
|---|---|---|---|---|
| 2 | SHEIKH KHALID HAMAD K. H. AL-THANI | Valid for not more than one year, that is until / Validité n'excédant pas un an, soit jusqu'au | | 2 |
| 3 | | 12/02/2012 ............................................. inclusive / inclus | | 3 |
| 4 | Issued by / Délivré par<br><br>**Qatar Automobile and Touring Club** | The validity of this carnet is subject to compliance by the holder during this period with the customs laws and regulations of the country/customs territory visited / Ce carnet reste valable sous réserve que le titulaire ne cesse de remplir, pendant cette période, les conditions prévues par les lois et règlements douaniers du pays/territoire douanier visité. | | 4 |
| 5 | | Validity extended until / Validité prolongée jusqu'au* | | 5 |

# CARNET DE PASSAGES EN DOUANE

### FOR MOTOR VEHICLES AND TRAILERS / POUR VÉHICULES À MOTEUR ET REMORQUES

| 8 | This carnet is issued for the vehicle registered in / Ce carnet est délivré pour le véhicule immatriculé en .............. QATAR .............. | Under no. / Sous le n°.............. 446627 .............. | 8 |
|---|---|---|---|

9  This carnet, which has been drawn up in accordance with the provisions of the Customs Conventions on the Temporary Importation of Private Road Vehicles (1954) and Commercial Road Vehicles (1956), both amended in 1992, may be used in the countries/customs territories listed on the back cover of this document, under guarantee of the authorized associations indicated.

10  It is issued on condition that the holder re-exports the vehicle within the specified period of validity and complies with the customs laws and regulations relating to the temporary admission of motor vehicles in the countries/customs territories visited under the guarantee, in each country where the document is valid, of the authorized association affiliated to the undersigned international organization.
**ON EXPIRY, THE CARNET MUST BE RETURNED TO THE ASSOCIATION WHICH DELIVERED IT TO THE HOLDER.** /

9  Ce carnet, qui a été élaboré selon les dispositions des Conventions douanières relatives à l'importation temporaire des véhicules routiers privés (1954) et des véhicules routiers commerciaux (1956), révisées en 1992, peut être utilisé dans les pays/territoires douaniers qui figurent au dos de la couverture de ce document, sous la garantie des associations autorisées indiquées.

10  A charge pour le titulaire de réexporter le véhicule dans le délai de validité imparti et de se conformer aux lois et règlements douaniers sur l'importation temporaire des véhicules à moteur dans les pays/territoires douaniers visités, sous la garantie, dans chaque pays où le document est valable, de l'Association agréée, affiliée à l'organisation internationale soussignée, À L'EXPIRATION, LE CARNET DOIT ÊTRE RETOURNÉ À L'ASSOCIATION QUI L'A DÉLIVRÉ.

3740

| 11 | Issued at / Délivré à .............. QATAR .............. | Date 13/02/2011 | 11 |
|---|---|---|---|
| 12 | Signature of International Organizations / Signature des Organisations internationales<br><br>Responsible, by order, for the administration, AIT Director General | Signature of Issuing Association / Signature de l'Association émettrice<br><br>The General Secretary of | Holder's signature / Signature du titulaire | 12 |

# CARNET DE PASSAGES EN DOUANE — COUNTERFOIL (SOUCHE) 1

| | |
|---|---|
| 1. | CPD no. **Ddt 688821** — Valid until / Valable jusqu'au **12/02/2012** |
| 2. | Importation into / L'entrée en .................... |
| 3. | of the vehicle described in this carnet / du véhicule décrit dans ce carnet |
| 4. | Exportation from / La sortie de .................... |
| 5. | took place on / a eu lieu le .................... |
| 6. | at the customs office of / par le bureau de douane de .................... |
| 7. | Customs officer's signature / Signature de l'agent de la douane .................... |

(Stamps: "NON VALABLE POUR" red overprint; blue signatures and Arabic customs stamp on exportation side)

---

# CARNET DE PASSAGES EN DOUANE — EXPORTATION VOUCHER (VOLET DE SORTIE) 1

1. Holder (name, address) / Titulaire (nom, adresse): **SHEIKH KHALID HAMAD K. H. AL-THANI**
2. CPD no. **Ddt 688821** — Valid until / Valable jusqu'au **12/02/2012** Inclusive / inclus
3. Issued by / Délivré par: **Qatar Automobile and Touring Club**
4. DESCRIPTION OF VEHICLE / SIGNALEMENT DU VÉHICULE
5. Registered in / Immatriculé en **QATAR** — under no. / sous le N° **446627**
6. Year of manufacture / Année de construction **2010**
7. Net weight of vehicle (kg) / Poids net du véhicule (kg) **1000 KG**
8. Value of vehicle / Valeur du véhicule **QRs. 150,000/=**
9. Chassis no. **PCC2231110**
10. Make / Marque **CHEVROLET**
11. Engine no. / Moteur N°
12. Make / Marque **CHEVROLET**
13. No. of cylinders / Nombre de cylindres **8**
14. Horsepower / Nb. de chevaux **40**
15. Coachwork / Carrosserie
16. Type (car, lorry...) / voiture, camion...) **COUPE**
17. Colour / Couleur **BLUE&YELLOW**
18. Upholstery / Garnitures intérieures
19. No. seats or carrying capacity / Nombre de places ou C.U. **1**
20. Equipment / Equipement
    - Radio (make) / Appareil radio (marque) **RADIO/RECORDER**
21. Spare tyres / Pneus de rechange **1**
22. Other particulars / Divers **AIR COND**
23.

Right side:
- Date of exportation / Date de sortie
- Customs office of exportation / Bureau de douane de sortie
- Voucher registered under no. / Volet pris en charge sous le N°
- Stamp / Timbre
- Customs officer's signature / Signature de l'agent de la douane
- To be returned to the customs office of importation at / A retourner au bureau de douane d'entrée de ....................
- where the carnet was registered under no. / où le carnet a été pris en charge sous le N° ....................

---

# CARNET DE PASSAGES EN DOUANE — IMPORTATION VOUCHER (VOLET D'ENTRÉE) 1

1. Holder (name, address) / Titulaire (nom, adresse): **SHEIKH KHALID HAMAD K. H. AL-THANI**
2. CPD no. **Ddt 688821** — Valid until / Valable jusqu'au **12/02/2012** Inclusive / inclus
3. Issued by / Délivré par: **Qatar Automobile and Touring Club**
4. DESCRIPTION OF VEHICLE / SIGNALEMENT DU VÉHICULE
5. Registered in / Immatriculé en **QATAR** — under no. / sous le N° **446627**
6. Year of manufacture / Année de construction **2010**
7. Net weight of vehicle (kg) / Poids net du véhicule (kg) **1000 KG**
8. Value of vehicle / Valeur du véhicule **QRs. 150,000/=**
9. Chassis no. **PCC2231110**
10. Make / Marque **CHEVROLET**
11. Engine no. / Moteur N°
12. Make / Marque **CHEVROLET**
13. No. of cylinders / Nombre de cylindres **8**
14. Horsepower / Nb. de chevaux **40**
15. Coachwork / Carrosserie
16. Type (car, lorry...) / voiture, camion...) **COUPE**
17. Colour / Couleur **BLUE&YELLOW**
18. Upholstery / Garnitures intérieures
19. No. seats or carrying capacity / Nombre de places ou C.U. **1**
20. Equipment / Equipement
    - Radio (make) / Appareil radio (marque) **RADIO/RECORDER**

Right side:
- Date of importation / Date d'entrée
- Customs office of importation / Bureau de douane d'entrée
- Voucher registered under no. / Volet pris en charge sous le N°
- Stamp / Timbre
- Customs officer's signature / Signature de l'agent de la douane

(Red "NON VALABLE POUR" overprint across vouchers)