| | | |
|---|---|---|
| SINGH UNIVERSAL NETWORKS<br>P.O. BOX 66571<br>CHICAGO IL 60666<br>TEL: 630-238-9320 FAX: 630-238-9323 | **DATE**<br>04-Mar-11 | **OUR REF. NO.**<br>061993 |

THE MERCHANDISE DESCRIBED BELOW WILL BE ENTERED AND/OR FORWARDED AS FOLLOWS:

| CARRIER | LOCATION | ORIGINAL / DESTINATION PORT |
|---|---|---|
| QATAR AIRWAYS Q C S C | QATAR AIRWAYS | |

| B/L OR AWB NO. | ARR. / DEPT DATE | FREE TIME EXP. | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO) | | |
|---|---|---|---|---|---|
| 15715790073 | 03-Mar-11 | 07-MAR-11 | AURUM TELEMEDIA CO | | |
| | | | HOUSE NO. | ENTRY-B / L NO.<br>ED2-2061993-3 | CUST. REF. NO.<br>3211C |

| FOR DELIVERY TO | ROUTE |
|---|---|
| AURUM TELEMEDIA CO<br>27 PILL HILL LN<br>DUXBURY MA 023325007, US<br>TEL : 1-781-934-5534<br>ATTN : MR DONALD GREENBAUM | QATAR AIRWAYS<br>618 S ACCESS RD<br>CHICAGO<br>IL 60666<br>1-773-462-9424 |

| NO. OF PKGS | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT |
|---|---|---|
| PCS<br>1 | U S GOODS RETURNED: DRAG RACE<br><br>VIN: PCC-223-1110 | 1000 KG<br>2205 LB |

**INLAND FREIGHT** → PREPAID/COLLECT: COLLECT

Received in Good Order
By:

| MANNIE BIRK |
|---|
| PER: _mbk_ |

DELIVERY CLERK: DELIVER TO CARRIER SHOWN ABOVE



Singh Universal Networks, Inc.
P.O. Box 66571 A.M.F. O'Hare
Chicago, Illinois 60666 U.S.A.