# FedEx Express — International Air Waybill

**FedEx Tracking Number:** 8007 4291 2462  
**Form ID No.:** 0402  
**Customs Copy**

## 1 From
- **Date:** 1-7-13
- **Sender's FedEx Account Number:** 6672-5171-4
- **Sender's Name:** 
- **Phone:** 562 940-0806
- **Company:** CLASSIC GRAPHIX
- **Address:** 12152 WOODRUFF AVE
- **City:** DOWNEY
- **State/Province:** CA
- **Country:** US
- **ZIP/Postal Code:** 90246 5606

## 2 To
- **Recipient's Name:** Seikh Khalid Bin Huo Al Thani
- **Company:** Dr. Moon's Rage Racing
- **Address:** 52 Industrial Area
- **Address:** P.O. Box 24916
- **City:** Doha
- **Country:** Qatar

## 3 Shipment Information
- **Total Packages:** 4
- **Total Weight:** 34 lbs
- **Commodity Description:** Embroidered Notes dress apparel Ladies Shirts
- **Country of Manufacture:** USA
- **Value for Customs:** $2175.00
- **Total Value for Customs:** $2175.00

## 4 Express Package Service
- [X] FedEx Intl. Priority

## 5 Packaging
- [X] Other

## 6 Special Handling
(none marked)

## 7 Payment
- Bill transportation charges to: [X] Recipient — FedEx Acct. No. 483097522
- Bill duties and taxes to: [X] Recipient — FedEx Acct. No. 483097522

## 8 Your Internal Billing Reference
28533

## 9 Required Signature
Sender's Signature: [signature]

**Handling Units:** 568

**FedEx Tracking Number:** 8007 4291 2462  0402

- **Origin Station ID:** JDYA
- **Country Code/Destination Station ID:** QA/DHA
- **URSA Routing:** X1
- **Received At:** [X] On-Call Stop
- **FedEx Emp. #:** 31609
- **Forms Attached:** [X] CI