# Invoice

Al-Anabi Supercharger Divison

375 Warehouse Rd.
Oak Ridge, TN 37830

| Date | Invoice # |
|---|---|
| 7/1/2009 | 0001 |

| Bill To |
|---|
| QATAR RACE CLUB<br>DOHA, QATAR |

| Ship To |
|---|
| 375 WAREHOUSE RD<br>OAK RIDGE, TN 37830<br>USA |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 7/1/2009 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---:|---|---|---:|---:|
| 8 | B254131 | 06'BLK,4.4675,+.1,SPRD LFTR | 7,150.00 | 57,200.00 |
| 8 | B254131A | BAE SPCL 60MM CAM TUNNEL | 150.00 | 1,200.00 |
| 8 | B98B60TB | 1-60MM TORRINGTON BEARING & SH | 16.90 | 135.20 |
| 80 | B23H22H | BA2003 H-11,9/16-9/16,7.220" | 40.00 | 3,200.00 |
| 80 | B98HN9 | 9/16"-18 12PT 11/16 WRENCH NUT | 4.65 | 372.00 |
| 128 | B23H222 | BA2003 4340, 9/16-16-1/2, 7.220" | 17.00 | 2,176.00 |
| 128 | B98HN1 | 1/2"-20 12PT 11/16 WRENCH NUT | 4.65 | 595.20 |
| 72 | BKPBHSS | 7/16 TO 3/8 STEPPED BELLHOUSIN | 6.40 | 460.80 |
| 8 | BKRMS | 1-REAR MAIN SEAL | 11.50 | 92.00 |
| 8 | BA52RBVS | 1 SET 1512V ROD BEARING,VANDERB | 100.50 | 804.00 |
| 8 | BA52CMB | 1 SET-CLEVITE MAIN BEARINGS | 87.40 | 699.20 |
| 8 | BA60412 | 1-BRE#2 4.150 CRANKSHAFT, BALANBOB WT=2725 | 3,250.00 | 26,000.00 |
| 64 | BA5BGRP | 1-GRP PRO BILLET ROD, 1.094 PIN 450 LONG | 140.00 | 8,960.00 |
| 64 | BA30AWPC | 1-BAE C300 PIN, 3.400" X 1.094" | 70.00 | 4,480.00 |
| 128 | BA354472 | BA-4 4.471 ALM BTN, 1.094X3.400 NO PISTONS | 5.90 | 755.20 |
| 64 | BA4471S | 1-4.471 ST. 017 DYKE TOP RING | 22.30 | 1,427.20 |
| 8 | BA4471TS | 1 SET-4.471 TOTAL SEAL 2ND RING | 138.00 | 1,104.00 |
| 64 | BA4467Z | 1-4.467 HI-TENSION OIL RING NO CAMSHAFT | 4.90 | 313.60 |
| 8 | BA61RCD | RCD ALUM TALL CAM GEARDRIVE KI | 975.00 | 7,800.00 |
| 8 | BA63RPK | RCD 5" ALUM EXTENSION | 365.00 | 2,920.00 |
| 8 | BA63RHD | RCD 3/8"X5.5" HEX DRIVESHAFT | 55.10 | 440.80 |
| 8 | RCDCTP | RCD CRANK TRIGGER RING POINTER | 16.85 | 134.80 |
| 8 | RCDCTPH | RCD CRANK TRIGGER PICKUP HOLDE | 45.50 | 364.00 |
| 8 | RCDPBB | RCD POINTER BRACKET TDC | 37.10 | 296.80 |
| 8 | RCDSPCT | RCD CRNK TRGR STRUT PLATEW/STU | 178.08 | 1,424.64 |
| 8 | BA60CHT | 1-RCD TITANIUM CRANKHUB, NO WHL | 445.36 | 3,562.88T |
| 8 | BA60DWCT | RCD FLAT SPLINED D.WHEEL W/MGN | 129.40 | 1,035.20 |
| 8 | BA60CB | 1-CRANKBOLT W/WASHER | 35.50 | 284.00 |
| 16 | BA60KWS | 1-TOOL ST. KEY WAY STOCK | 5.00 | 80.00 |
| 8 | OP3PGB | 1-BAE STL SHIM PAN GASKET, BLUE | 26.30 | 210.40 |
| 8 | OP2FP | 1-MOROSO F.C. OIL PAN, (1) BAE | 625.00 | 5,000.00 |
| 8 | OLAN1620 | 1-SPECIAL 16 TO 20 REDUCER | 34.85 | 278.80 |
| 8 | OP0DS | P&P DRY SUMP OIL PUMP | 1,132.00 | 9,056.00 |
| 8 | OP0DSK | P&P DRY SUMP TO ENGINE KIT | 150.00 | 1,200.00 |

FREIGHT CHARGES WILL BE ADDITIONAL

**Total**

Page 1

# Invoice

**Al-Anabi Supercharger Divison**

375 Warehouse Rd.
Oak Ridge, TN 37830

| Date | Invoice # |
|---|---|
| 7/1/2009 | 0001 |

| Bill To | Ship To |
|---|---|
| QATAR RACE CLUB<br>DOHA, QATAR | 375 WAREHOUSE RD<br>OAK RIDGE, TN 37830<br>USA |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 7/1/2009 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 8 | BA60C6LS | 1 SET-CAMFK SRD LFTR, .904 | 1,150.00 | 9,200.00 |
| 16 | GHO8144 | 1-BA-3/6 .081 4.480 GASKET | 55.25 | 884.00 |
| 8 | BAOO8B | 1 SET-BA-8 ALCOHOL HEADS, BARE BRLYM/BRNZE NO VALVES,KPRS,RET,SPRINGS,ETC | 5,850.00 | 46,800.00 |
| 96 | BA0HRS | 1-HEADER STUD | 1.05 | 100.80 |
| 64 | BAOHRSF | 1-HEADER STUD,1 3/4" FUEL TYPE | 1.05 | 67.20 |
| 64 | BAOIHS | 1-INNER HEAD STUD,STD. | 3.60 | 230.40 |
| 64 | BAOIHTN | 1- 7/16 12 POINT NUT | 2.65 | 169.60 |
| 64 | BAOIHW | 1-INNER HEAD STUD WASHER | 0.75 | 48.00 |
| 8 | BA15RAHS | BA-4 HI RATIO H.D. ROCKER ASSY | 3,955.00 | 31,640.00 |
| 128 | BA51IP5C | PUSH RODS | 26.25 | 3,360.00 |
| 8 | BA11VG3B | 1PR-BA-3 STL SHIM VC GASKET, BL | 36.90 | 295.20 |
| 8 | BA11VCM5 | 1 SET-BA-4 MAG SNGL VALVE COVER | 1,050.00 | 8,400.00 |
| 64 | BA11ST6 | 1-BA-6 SPARK PLUG TUBE | 9.00 | 576.00 |
| 8 | BA11ST6R | 1 SET-BAE SNGL PLUG TUBE RETAIN | 50.00 | 400.00 |
| 8 | BA11BDBP | 1 SET NHRA 02' BREATHERS,PRO MOD | 140.80 | 1,126.40 |
| 8 | BA203PM | BA-3/4 + .100 LITE SHORT MANIF | 2,000.00 | 16,000.00 |
| 8 | BA21MBD | 1-BURST DISC. | 20.00 | 160.00 |
| 8 | BA21MBDK | MANIFOLD BURST DISC DEFLECTOR | 150.00 | 1,200.00 |
| 8 | BA21MBDS | MANIFOLD B.DISC STUD&NUT KIT | 18.50 | 148.00 |
| 64 | LBOPBSR | 1-RED BLOWER STUD | 6.90 | 441.60 |
| 64 | BAOIHTN | 1- 7/16 12 POINT NUT | 2.65 | 169.60 |
| 64 | BAOIHW | 1-INNER HEAD STUD WASHER | 0.75 | 48.00 |
| 8 | LB1AIBA | ANGLED IDLER BRKT ASSY ( NOPULLY) | 557.18 | 4,457.44 |
| 8 | LB1IDP3 | 1-3" ALUM IDLER PULLEY (ONLY) | 182.50 | 1,460.00 |
| 8 | M1MHDR | RCD MAG HOLD DOWN W/ STUD | 62.50 | 500.00 |
| 8 | M2DDMDS | RCD SINGLE OFF-SET DRIVE | 950.00 | 7,600.00 |
| 8 | M2DDMDSS | 1-RCD S. OFFSET DRIVE SUPPORT B | 166.30 | 1,330.40 |
| 8 | FPOPNKF | 1-PORT NOZZLE KIT, F.C. | 326.75 | 2,614.00 |
| 8 | FPOHHS | 1 SET- HAT HOSES | 105.60 | 844.80 |
| 8 | FPOVWDB | VW DISTRIBUTION BLOCK | 32.59 | 260.72 |
| 32 | FSONB | 1-HAT NOZZLE BODY | 9.00 | 288.00 |
| 8 | FPOPNCV8 | 1-PORT NOZZLE CHK VALVE #8 | 52.32 | 418.56 |
| 8 | BA63QRC | QUIK RELEASE CLAMP | 40.00 | 320.00 |

FREIGHT CHARGES WILL BE ADDITIONAL

**Total**

Page 2

# Invoice

**Al-Anabi Supercharger Divison**
375 Warehouse Rd.
Oak Ridge, TN 37830

| Date | Invoice # |
|---|---|
| 7/1/2009 | 0001 |

**Bill To**
QATAR RACE CLUB
DOHA, QATAR

**Ship To**
375 WAREHOUSE RD
OAK RIDGE, TN 37830
USA

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 7/1/2009 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 8 | MOSMBCR | R.C.D. BILLET MAG BAND CLAMP | 120.00 | 960.00 |
| 8 | LB1BGTSM | RCD ROOTS TOP GUARD W/ STRTR MN | 170.00 | 1,360.00 |
| 8 | LB1BGS | RCD SIDE GUARD ALUM, BELT | 45.00 | 360.00 |
| 8 | LB1BGB | RCD BTM OIL LINE GUARD | 140.00 | 1,120.00 |
| 3 | 78703TSFT | SPRINGER CLUTCH 10.0 PRO SPTMN 6 STD 3- DISC FULL TI NO GEAR SCALLOPED FLYWHEEL | 6,179.00 | 18,537.00 |
| 100 | JE1A | PISTON W/ PIN FIT | 97.35 | 9,735.00 |
| 4 | MSD31559 | HEMI WIRE SET | 286.90 | 1,147.60 |
| 8 | MSD8147 | BOX W/ REV | 803.70 | 6,429.60 |
| 8 | MSD8140 | PRO MAG 44/ COUNTERCLOCKWI | 2,048.90 | 16,391.20 |
| 8 | MSD8142 | COIL (MSD8144) | 669.90 | 5,359.20 |
| 80 | C1250 | INTAKE SPRING 1250 | 24.20 | 1,936.00 |
| 80 | C1251 | EXHAUST SPRING 1251 | 26.40 | 2,112.00 |
| 100 | C22 | RETAINERS | 19.40 | 1,940.00 |
| 100 | C 12 | VALVE LOCK SUPER LOCKS | 7.90 | 790.00 |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

FREIGHT CHARGES WILL BE ADDITIONAL

**Total** $353,799.04