

**JRI SHOCKS**
125 Overhill Drive
Suite 103
Mooresville, NC 28117
PH 704.660.8346
Fax 704.660.8349

# Packing Slip

| | |
|---|---|
| Packing Slip Number : | 6773 |
| Customer Purchase Order ID : | Qatar |
| Sales Order ID : | 6543 |
| Ship Date : | 1/24/2013 1:56:00 PM |
| Page Number : | 1 |

| Bill To : 1617 | Ship To : |
|---|---|
| RICKIE SMITH RACING<br>219 KIRBY ROAD<br>KING, NC 27021<br>USA | ATTN: FRANK MANZO/QATAR RACING CLUB<br>STREET 52 INDUSTRIAL AREA<br>DOHA, QATAR |

| | | | | |
|---|---|---|---|---|
| Order Date: | 1/23/2013 1:41:54 PM | FOB: | Origin | |
| Ship Method: | FedEx | Territory: | Drag | |
| Bill of Lading : | | | | |
| Contact Name: | | Pallets | 0 | |
| Contact Phone: | | Cartons | | |
| Contact Phone Ext.: | | Weight | 8 | |

| Line /<br>Cust PO Line Nbr | Item ID /<br>Cust Item ID | Item Name | Req. Date | Req. Qty | Ship Qty | Backordered Qty |
|---|---|---|---|---|---|---|
| 1<br>1 | 400-117 | ST/08 6" DBL ADJ LINEAR PISTON | 1/24/2013 | 2.0000<br>Each | 2.0000<br>Each | 0.0000 |

**Special Instructions:**

| Item ID | Serial Numbers | | |
|---|---|---|---|
| 400-117 | 2644 | 400-117 | 2663 |

**Special Instructions for Sales Order:** SHIP FED EX INTERNATIONAL PRIORITY, USE FED EX NUMBER 483097522. PUT DON@AURUMTEL.COM AS NOTIFY ADDRESS. SELECT OPTION TO BILL RECIPIENT FOR SHIPPING AND DUTIES/TAXES.