

# Invoice

**COMPETITION TRAILERS**
2000 FM RD 3135 E
HENDERSON, TX 75652

| Date | Invoice # |
|---|---|
| 6/27/2012 | 3623 |

**Bill To**
Al-Anabi Racing
C/O Sheikh Khalid bin Hamad Al Thani
P.O. Box 189
Hawk Point, MO 63349

**Ship To**

| P.O. No. | Terms | Job No. |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Hand Help Replacement Repair | 85.00 | 85.00 |
| 1 | Shipping | 6.73 | 6.73 |
|  | TERRY HOPE HAND HELD CONTROLLER |  |  |

Thank you for your business.

| | |
|---|---|
| **Total** | **$91.73** |
| Payments/Credits | $0.00 |
| **Balance Due** | **$91.73** |

| Phone # | Fax # | E-mail |
|---|---|---|
| 903-657-1096 | 903-657-0223 | trailers@competitiontrailers.com |

**Web Site** www.competitiontrailers.com

Subject to a late fee of 1.5% if payment is not received within 30 days.
A processing fee of .035% will be added to the total due for payments made with American Express