**From:** Donald R Greenbaum (don@aurumtel.com)
**To:** atomicperformance@bellsouth.net;
**Date:** Wed, May 22, 2013 11:46:23 AM
**Cc:**
**Subject:** Contract and invoices needed

Howard I am in Qatar and Fahad pressuring me to get the contracts all signed.

Do you have input from your attorney yet?

And, they are being audited and are missing invoices to match your wires:

| | | |
|---|---|---|
| 1 4/26/2010 transfer | 198,357 | 198,357.22 |
| 6/6/2010 transfer | 100,000 | 298,357.22 |
| 6/14/2010 transfer | 100000 | 398,357.22 |
| 10/7/2010 invoice | 219,643 | 178,713.95 |
| 10/7/2010 invoice | 105,948 | 72,766.27 |
| 10/7/2010 invoice | 24,030 | 48,736.21 |
| 11/1/2010 invoice | 51,164 | 2,428.25- |
| 1/2/2011 transfer | 150000 | 147,571.75 |
| 6/2/2011 invoice | 26,270 | 121,301.67 |
| | | 121,301.67 |

If you could create invoices (you may have sent them in the past and Hassiba lost them) for the difference and send them to me I'd appreciate it.

Don


Please consider the environment before printing this email

Don Greenbaum
Aurum Telemedia Co. 27 Pill Hill Lane, Duxbury, MA 02332 phone: 781 934 5534
Aurum London: 319 EndsleIgh Court, London, UK Cell: 44 7583 493529
Aurum Middle East: Qatar Cell: 97150 553 5228
www.gulftrackservices.com
www.aurumtel.com
www.artificialcognition.com