

**TRAVELERS J**

One Tower Square, Hartford, Connecticut 06183

CHANGE ENDORSEMENT

Named Insured:
HOWARD MOON
AL-ANABI RACING USA LLC

COPY

Policy Number: 760-6712M101-TIL-13
Policy Effective Date: 02/15/13
Issue Date: 03/27/13
Additional Premium $ 2,963

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Effective from 03/15/13 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

The insured mailing address is changed to:
C/O DON GREENBAUM
27 PILL HILL LANE
DUXBURY   MA   02332

The following Form(s) is changed.   Carefully review the attached.
CM TO 52 01 06,    CM TO 54 08 05

Form(s) and endorsement(s) are added to the policy as follows:
CM T8 01 02 13

THE COMMERCIAL INLAND MARINE COVERAGE PART IS AMENDED AS FOLLOWS:

The TRANSPORTATION  limit is changed to 1,020,000.

TRANSPORTATION  coverage is re-rated.

Rates and premiums have been changed to reflect a change in
exposure and/or rating procedure.

NAME AND ADDRESS OF AGENT OR BROKER:
  GULFWAY INSURERS-HUDSON (VY661)
  12701 US HGWY 19
  BAYONET POINT, FL 34667

COUNTERSIGNED BY:

_____
Authorized Representative

DATE:_____

IL TO 07 09 87     PAGE  1 OF  1
OFFICE: TAMPA FL

OFF COURSE COVERAGE


**TRAVELERS**

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
IL T0 07 09 87    CHANGE ENDORSEMENT
IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
```

INLAND MARINE

```
CM T0 52 01 06    MOTORSPORTS INSURANCE COV FORM DEC
CM T0 54 08 05    MOTORSPORTS LISTED ITEMS SCHEDULE
CM T8 01          GENERAL PURPOSE ENDORSEMENT
```



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

| "RACE VEHICLES", "TOOLS AND EQUIPMENT", "SPARE PARTS" AND "TRAILER" SCHEDULE | POLICY NO.: 760-6712M101-TIL-13<br>ISSUE DATE: 03-27-13 |
| --- | --- |

| ITEM NO. | DESCRIPTION OF ITEMS (Include Make, Model, Serial No. and Description) | Limit of Insurance |
| --- | --- | --- |
| 1 | 2010 COMPETITION TRAILER WITH AWNING #1C9SS56331H473516 | $ 300,000 |
| 2 | 2006 VOLVO #4V4NC9GH46N440106 | 100,000 |
| 3 | 2013/1968 CHEVROLET CAMARO (BICKEL) RACE CAR | 225,000 |

SEE CM T8 01 FOR REMAINDER
OF SCHEDULE

CM T0 54 08 05

1

GENERAL PURPOSE ENDORSEMENT        POLICY NUMBER:          760-6712M10-1-TIL-13

                                   ISSUE DATE: 03/27/13

THIS IS A CONTINUATION OF FORM CM T0 54 08 05 TO INCLUDE THE REMAINDER OF
THE "RACE VEHICLE", "TOOLS AND EQUIPMENT", "SPARE PARTS" AND "TRAILER"
SCHEDULE.

4        2005/1968 CHEVROLET CAMARO        $150,000
         (MCAMIS) RACE CAR

5        TWO (2) BAE 526 CU IN SPARE        130,000
         MOTORS @ $65,000 EACH

6        TWO (2) CHUCK FORD BLOWERS          50,000
         @ $25,000

7        ONE (1) PSI SUPERCHARGER           15,000

CM T8 01 02 13                     PAGE 1 OF 1

 **TRAVELERS** One Tower Square, Hartford, Connecticut 06183

```
                          TRAVELERS CORP. TEL: 1-800-328-2189
                          MOTORSPORTS INSURANCE PROGRAM
                          COMMON POLICY DECLARATIONS
                          ISSUE DATE: 02/25/13
                          POLICY NUMBER: 760-6712M101-TIL-13
```

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

1. NAMED INSURED AND MAILING ADDRESS:
   HOWARD MOON
   AL-ANABI RACING USA LLC
   375 WAREHOUSE RD
   OAK RIDGE, TN 37830



2. POLICY PERIOD: From 02/15/13 to 02/15/14 12:01 A.M. Standard Time at
   your mailing address.

3. LOCATIONS
   Premises  Bldg.
   Loc. No.  No.  Occupancy          Address

4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
   COMML INLAND MARINE COV PART DECLARATIONS          CM TO 52          TIL

5. NUMBERS OF FORMS AND ENDORSEMENTS
   FORMING A PART OF THIS POLICY:    SEE IL T8 01 10 93

6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy
                          containing its complete provisions:
   Policy                        Policy No.                  Insuring Company

7. PREMIUM SUMMARY:
   Provisional Premium    $ 2,400

NAME AND ADDRESS OF AGENT OR BROKER:         **COUNTERSIGNED BY:**
   GULFWAY INSURERS-HUDSON (VY661)
   12701 US HGWY 19
   BAYONET POINT, FL 34667                   _____
                                             Authorized Representative

                                             DATE:_____

IL TO 02 11 89(REV. 09-07)      PAGE 1 OF 1
OFFICE: TAMPA FL

**OFF COURSE COVERAGE**

Gulfway Insurers of Hudson Inc
12701 US Highway 19
Bayonet Point FL 34667
1-800-940-5010

000027


# TRAVELERS

POLICY NUMBER: 760-6712M101-TIL-13

EFFECTIVE DATE: 02-15-13

ISSUE DATE: 02-25-13

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
IL T0 02 11 89    COMMON POLICY DECLARATIONS
IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
IL T0 01 01 07    COMMON POLICY CONDITIONS
```

INLAND MARINE

```
CM T0 52 01 06    MOTORSPORTS INSURANCE COV FORM DEC
CM T0 54 08 05    MOTORSPORTS LISTED ITEMS SCHEDULE
CM T0 11 08 05    TABLE OF CONTENTS
CM 00 01 09 04    COMMERCIAL INLAND MARINE CONDITIONS
CM T1 79 07 05    MOTORSPORTS COVERAGE FORM
CM T3 98 01 08    TERRORISM RISK INS ACT 2002 DISCLOSURE
CM T8 00          GENERAL PURPOSE ENDORSEMENT
CM T4 69 07 05    REPLACEMENT COST VALUATION
CM T4 70 09 05    MINIMUM EARNED PREMIUM
```

INTERLINE ENDORSEMENTS

```
IL T3 82 08 06    EXCL OF LOSS DUE TO VIRUS OR BACTERIA
IL T3 79 01 08    CAPS ON LOSSES FROM CERT ACTS OF TERROR
IL 02 50 09 08    TN CHANGES-CANCELLATION & NONRENEWAL
```



**TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

| | |
|---|---|
| **COMMERCIAL INLAND MARINE** | **POLICY NUMBER:** 760-6712M101-TIL-13 |
| **COVERAGE PART DECLARATIONS** | **ISSUE DATE:** 02-25-13 |

**INSURING COMPANY:**
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**DECLARATIONS PERIOD:** From 02-15-13 to 02-15-14    12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Commercial Inland Marine Coverage Part consists of these Declarations, the Commercial Inland Marine Conditions Form and the Coverage Forms shown below.

1.  **COVERAGE, LIMITS OF INSURANCE AND DEDUCTIBLES:**

    **MOTORSPORTS INSURANCE COVERAGE FORM**

    | | Limit of Insurance |
    |---|---|
    | Covered Property: | |
    | **A.** Scheduled "race vehicles", "tools and equipment" and "spare parts" | $ 100,000 |
    | **B.** Unlisted "tools and equipment" and "spare parts" | $ NOT COVERED |
    | **C.** Scheduled "trailers" | $ 300,000 |

    | Deductibles: | |
    |---|---|
    | Deductible applicable to Covered Property listed in **A.** above | $ 5,000 |
    | Deductible applicable to Covered Property listed in **B.** above | $ NOT COVERED |
    | Deductible applicable to Covered Property listed in **C.** above | $ INCLUDED |

NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART ARE ATTACHED AS A SEPARATE LISTING.

CM T0 52 01 06                                                                 Page 1 of 1

PRODUCER: GULFWAY INSURERS-HUDSON          VY661     OFFICE: TAMPA FL          247

 **TRAVELERS** J       One Tower Square, Hartford, Connecticut 06183



"RACE VEHICLES", "TOOLS AND EQUIPMENT",     POLICY NO.: 760-6712M101-TIL-13
"SPARE PARTS" AND "TRAILER" SCHEDULE     ISSUE DATE: 02-25-13

| ITEM NO. | DESCRIPTION OF ITEMS (Include Make, Model, Serial No. and Description) | Limit of Insurance |
|---|---|---|
| 1 | 2010 COMPETITION TRAILER WITH AWNING #1C9SS56331H473516 | $ 300,000 |
| 2 | 2006 VOLVO #4V4NC9GH46N440106 | 100,000 |

CM TO 54 08 05

1

GENERAL PURPOSE ENDORSEMENT            POLICY NUMBER:            760-6712M10-1-TIL-13

ISSUE DATE: 02/25/13

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.
"MOTORSPORTS PROPERTY" COVERAGE EXTENSION ENDORSEMENT
THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE MOTORSPORTS
INSURANCE COVERAGE FORM.
A.    SCHEDULE
      DESCRIPTION OF VEHICLE(S):
      1. 2006 VOLVO #4V4NC9GH46N440106
      2.
      3.
      4.
      5.
B.    SECTION F. DEFINITIONS, 4. "MOTORSPORTS PROPERTY" IS REPLACED BY
      THE FOLLOWING:
      "MOTORSPORTS PROPERTY" MEANS "RACE VEHICLES", "TRAILERS", "TOOLS
      AND EQUIPMENT", AND "SPARE PARTS" LISTED IN THE SCHEDULE.
      "MOTORSPORTS PROPERTY" ALSO MEANS THE VEHICLES LISTED ABOVE THAT
      ARE RELATED TO YOUR RACING OR SHOW OPERATION BUT ARE NOT "RACE
      VEHICLES".
      "MOTORSPORTS PROPERTY" DOES NOT MEAN:
       A.  CONTRABAND, OR PROPERTY IN THE COURSE OF ILLEGAL TRANSIT OR
           TRADE;
       B.  "RACE VEHICLES" OPERATING ON PUBLIC ROADS OR WHILE "RACING";
       C.  "RACE VEHICLES" LICENSED FOR USE ON PUBLIC ROADS;
       D.  TIRES OR TUBES DAMAGED BY BLOWOUT, PUNCTURE OR OTHER ROAD
           DAMAGE UNLESS CAUSED BY A COVERED CAUSE OF LOSS;
       E.  "RACE VEHICLES" WHILE BEING "FLAT TOWED" ON PUBLIC ROADS;
       F.  PROPERTY WHILE LEASED, RENTED OR LOANED TO OTHERS;
       G.  MOPEDS AND ALL TERRAIN VEHICLES WHILE BEING OPERATED BY AN
           UNLICENSED DRIVER;
       H.  "RACE VEHICLES" WHILE BEING TRANSPORTED IN A "TRAILER" NOT
           EQUIPPED WITH A FULLY ENCLOSED BODY.

CM T8 00 02 13                    PAGE 1 OF 1

# Gulfway Insurers

12701 U.S. Highway 19 • Bayonet Point, FL  34667
Hudson : (727) 863-5451 • Fax : (727) 862-3003

March 28, 2013

Al-Anabi Racing USA LLC
c/o Don Greenbaum
27 Pill Hill Lane
Duxbury, MA  02332

Re:    Howard Moon / Al-Anabi Racing USA LLC - Policy #760-6712M101-TIL-13

Dear Don:

Enclosed is the above numbered Motorsports policy for the Howard Moon team.  As discussed
with Howard Moon at Gainesville an endorsement to the policy has been issued which adds the
following equipment to the policy for a total policy limit of $1,020,000.

$225,000 - 2013/1968 Chevrolet Camaro (Bickel) Race Car
$150,000 - 2005/1968 Chevrolet Camaro (McAmis) Race Car
$130,000 - Two BAE 526 Cu In Spare Motors @ $65,000 each
    50,000 - Two Chuck Ford Blowers @ $25,000 each
$  15,000 - One PSI Supercharger
$  50,000 - Unlisted Tools, Equipment & Spare Parts

The endorsement and invoice for the additional equipment is enclosed. Also please remember we
will need to add the P/M legal race car to the policy when it is delivered by Bickel.

If you have any questions please contact our office.

Regards,

Melvin Eaves

encls.

cc:  Howard Moon