<div dir="rtl">

٢٢ يونيو ٢٠١٥

ماثيو جستن بيتارد – إستشاري في مجال الدفاع
المجموعة الدولية لمستشاري الدفاع
ترينتي , فلوريدا ٣٤٦٥٥
الولايات المتحدة الأمريكية

### إلى من يهمه الأمر

هذه الرسالة تعتبر بمثابة تفويض مني / خالد بن حمد بن خليفة آل ثاني ، بتعيين ماثيو ج. بيتارد كمستشار للدفاع . وسيكون مسؤولا عن تقديم خدمات الاستشارت الدفاعية ، والدعم اللوجستي والتنسيق والتدريب ، والخدمات الميدانية ، والقيام بعملية الشراء نيابة عني ، والتي سيتم عرضها على حكومة دولة قطر . وهو مخول لشراء كل ما يلزم من مواد دفاعية وخدمات التدريب والتي أراها ضرورية لحماية واستقرار أمن دولة قطر . يرجى تقديم الدعم الكامل له في مهامه لتلبية متطلبات الحكومة القطرية. يسري مفعول هذا الطلب إعتبارا من تاريخ ٢٢ يونيو ٢٠١٥ ويشكل طلب رسمي ، ينتهي بتاريخ ٣١ ديسمبر ٢٠١٥ .

</div>

June 22, 2015

Matthew Justin Pittard-Defense Consultant
Defense Advisors Group Intl
Trinity, Florida 34655
United States of America

### To whom it may concern

This letter serves as an authorization that H.E. Sheikh Khalid bin Hamad bin Khalifa Al Thani has appointed Matthew J. Pittard as Defense Consultant. He is responsible for providing defense consulting services, logistical support, training coordination, range services and procurement of defense articles on behalf of His Excellency, with regard to which His Excellency will liaise with the Government of Qatar. Mr. Pittard is authorized to procure defense articles and training services that after consultation with the Consultant, is deemed by His Excellency critical to the protection and stability of Qatar. I would kindly ask that you give him full support in his duties to fulfill these requirements. This is effective June 22nd, 2015 and constitutes an official request. The validity of this authorization expires on December 31st, 2015.



<div dir="rtl">خالد بن حمد بن خليفة آل ثاني</div>