

# We the People

*Of the United States,*
*in Order to form a more perfect Union,*
*establish Justice, insure domestic Tranquility,*
*provide for the common defence,*
*promote the general Welfare, and secure*
*the Blessings of Liberty to ourselves and*
*our Posterity, do ordain and establish this*
*Constitution for the United States of America.*

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

3

PASSPORT
PASSEPORT
PASAPORTE

USA



# UNITED STATES OF AMERICA

Type / Type / Tipo    Code / Code / Código    Passport No. / No. du Passeport / No. de Pasaporte

P    USA    ▮▮▮▮▮▮

Surname / Nom / Apellidos
PITTARD

Given Names / Prénoms / Nombres
MATTHEW JUSTIN

Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA

Date of birth / Date de naissance / Fecha de nacimiento
▮▮▮▮▮▮

Place of birth / Lieu de naissance / Lugar de nacimiento
WASHINGTON, D.C., U.S.A.

Date of issue / Date de délivrance / Fecha de expedición
17 Apr 2016

Date of expiration / Date d'expiration / Fecha de caducidad
16 Apr 2026

Endorsements / Mentions Spéciales / Anotaciones
SEE PAGE 51

Sex / Sexe / Sexo
M

Authority / Autorité / Autoridad
United States
Department of State

USA



P<USAPITTARD<<MATTHEW<JUSTIN<<<<<<<<<<<<<<<<<



We have a great dream. It started way back in 1776, and God grant that America will be true to her dream.

*Martin Luther King, Jr.*

**Visas**

**Visas**

БиХ A.002
BiH

КАРАКАЈ KARAKAJ
KARAKAJ KARAKAJ
23.04.17 77

IMMIGRATION OFFICER
★ (7733) ★
29 MAR 2019
GATWICK

(A) ✈
24.03.19 24
→
WIEN SCHWECHAT
F 068

(SI) ✈
29.03.19 19
←
BRNIK
L 004

13

STATE OF QATAR قطر دولة
DOHA الدوحة
283
05 MAR 2018

STATE OF QATAR قطر دولة
DOHA الدوحة
943
11 JUL 2018

Valid Until: 2018-05-07 لغاية صالحة

*8420180028816*

STATE OF QATAR قطر دولة
DOHA الدوحة
526
07 APR 2018

12

This is a new nation, based on a mighty continent, of boundless possibilities.

*Theodore Roosevelt*

Visas

Visas

STATE OF QATAR
DOHA
9 0 1 JUN 2018
STATE OF QATAR

15

14

Visas

They have many things to teach us as people.
we hope it will always be so.

*Excerpt from the Thanksgiving Address, Mohawk version*

---

Visas

We send thanks to all the Animal life in the world.
We are glad they are still here and

STATE OF QATAR
DOHA
370
7 - DEC 2017

STATE OF QATAR
DOHA
1017
16 DEC 2017

54 20 25 22 625

23

22

ill, that we shall pay any burden, meet any hardship, support any friend, oppose any foe, in order to assure the survival and the success of liberty.

A·I·A·O

14 SEP 2019

20

H.K.J

18 SEP 2019

DEPARTURE

Q·A·T·A

147

10 DINARS
H.K OF JORDAN
2015

30 DINARS
H.K OF JORDAN
2014

Visas

27

26

The God who gave us life,

gave us liberty at the same time.

*Thomas Jefferson*

BORDER CONTROL

22 X 16 B ←

KAZAKHSTAN
✈ A101082 ✱

BORDER CONTROL

25 08 16 B →

KAZAKHSTAN
✈ A101157 ✱

# STC INTERPRETING



## Certification of Translation Accuracy

I attest that the document of:

**MATT PITTARD VISA STAMPS**

Have been translated from the languages:

**Arabic to English**

On Behalf of STC Interpreting, by professional translator,

**Ismail Elmersawy**

I hereby certify that I am fluent & conversant in the **Arabic** and **English** languages, and that the translation attached to this certificate, is a full, complete, true and accurate translation of the above document.

This is to certify the correctness of the translation only. STC Interpreting assumes no liability for the way in which the translation is used by the customer or any third party, including end users of the translation.

A copy of the translation is attached to this certification.

I attest the preceding statements to be true.

Translator's Signature
Translator: Ismail Elmersawy

By: Mehrdad Foroughipour
STC Interpreting
Date: September 10, 2020

# STC INTERPRETING



**VISAS**

542016808539
Valid Until: 05/28/2016

STATE OF QATAR
DOHA
16 MAY 2016
585

STATE OF QATAR
DOHA
28 APR 2018
1202

STATE OF QATAR
DOHA
29 DEC 2017

**10**

# STC INTERPRETING



**VISAS**

542018377769
Valid Until: 07/23/2018

STATE OF QATAR
DOHA
23 JUN 2018
1586

**11**

# STC INTERPRETING



**VISAS**

STATE OF QATAR
DOHA
5 MAR 2018
283

STATE OF QATAR
DOHA
11 JUL 2018
943

842018028816
Valid Until: 05/07/2018

STATE OF QATAR
DOHA
7 APR 2018
526

**12**