

Date: 1st September 2017
Ref: GM-JO/GSDS/010

**Employment Offer**

Dear Mr. Matthew Pittard,

We are pleased to offer you employment at Geo Strategic Defense Solutions. As per the following terms and conditions:

1. Position: Senior Defense Consultant

2. Remuneration Package: 8,500 USD
   - Transport provide by company
   - Accommodation provide by company

3. Contract Type: Unlimited Duration
4. Duty Cycle: 5 + 2 (2 Days Off)
5. Medical Coverage: Local Group Medical Insurance Plan
6. Probation Period: Six Months; starts from the date of joining
7. Annual Vacation: 30 paid calendar days per year
8. Annual Leave Air Ticket: 2 Yearly Flight Allowance – Eco (Doha – USA – Doha)
9. Offer Type: International – Local labour laws and end of services are not applicable
10. Band: Unclassified

Kindly note that the information contained in this offer is private and confidential. Disclosure of this information by you to any other party will result in the termination and revocation of the offer.

This offer is contingent on:

- Obtaining required work permits and approvals from Qatar's Labour and Immigration Authorities.
- Passing the medical examination at the Qatar's Ministry of Health Medical commission.

We hope that you find the above terms satisfactory, and if so, please confirm your acceptance by returning a signed copy of the same as accepted to the undersigned.

Sincerely,

Aman G. Shahani
Managing Director
GSDS

Accepted on: _____

Geo Strategic Defense Solutions LLC - CR no: 89135
P.O.Box : 5006, Doha - Qatar / Phone number: +974 44505606

جيو ستراتيجك ديفنس سلوشينز ذ.م.م / سجل تجاري ٨٩١٣٥
ص.ب: ٦،٠،٥، الدوحة - قطر / هاتف: ٦،٥،٦، ٤٤٥٠ ٩٧٤+

E-mail : info@gsds.com.qa