

## Activity summary

Beginning balance on 10/1 ▮▮▮

▮▮▮▮▮▮ ▮▮▮

▮▮▮▮▮▮▮▮▮ ▮▮▮

▮▮▮▮▮▮▮▮▮▮ ▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮

Account number: ▮▮▮▮▮▮

**Overdraft Protection**

This account is not currently covered by Overdraft Protection  f you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| ▮ | | ▮▮▮▮▮▮▮▮▮▮ | | ▮ | |
| ▮ | | ▮▮▮▮▮▮ | | | |
| ▮ | | ▮▮▮▮▮▮▮▮▮ | | ▮ | |
| ▮ | | ▮▮▮▮▮ | | ▮ | |
| ▮ | | ▮▮▮▮▮▮▮ | | ▮ | |
| ▮ | | ▮▮▮▮▮ | | ▮ | |
| ▮ | | ▮▮▮▮▮ | | ▮ | |
| ▮ | | ▮▮▮▮▮▮▮▮ | | ▮ | ▮ |
| ▮ | | ▮▮▮▮▮▮▮ | | ▮ | ▮ |
| ▮ | | ▮▮▮▮▮ | | | |
| ▮ | | ▮▮▮▮▮▮▮▮ | | | |
| ▮ | | ▮▮▮▮▮▮▮ | | ▮ | ▮ |
| ▮ | | ▮▮▮ | | ▮ | ▮ |
| ▮ | | ▮▮▮▮▮▮▮ | | ▮ | |
| ▮ | | ▮▮▮ | | ▮ | ▮ |
| 10/24 | | WT Fed#00041  nternational Bank /Org=Sh Khalid Hamad K H AL Thani Srf# S06729715Ead01 Trn#171024021511 Rfb# | 8 500 00 | | |
| ▮ | | ▮▮▮▮▮▮ | | ▮ | |
| ▮ | | ▮▮▮▮▮▮▮ | | ▮ | |
| ▮ | | ▮▮▮▮ | | ▮ | |





## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/21 | | WT Fed#03444 nternational Bank /Org=Sh Khalid Hamad K H AL Thani Srf# S0673551A5F301 Trn#171221026975 Rfb# | 8,500.00 | | |





## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| 3/19 | | WT Fed#02116 nternational Bank /Org=Sh Khalid Hamad K H AL Thani Srf# S06807802B9201 Trn#180319013676 Rfb# | 8,500.00 | | |





## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮ | |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮ | |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮ | |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮ | |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮ | |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮ | |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | ▮ |
| 1/23 | | WT Fed#00136 nternational Bank /Org=Sh Khalid Hamad K H AL Thani Srf# S068023175E201 Trn#180123010240 Rfb# | 8,500.00 | | |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮ | |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮ | |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮ | |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮ | |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮ | |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮ | | | |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮ | ▮ |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮ | |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮ | |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮ | |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮ | |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮ | |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮ | ▮ |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮ | |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮ | |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮ | |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮ | |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮ | |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮ | ▮ |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮ | |
| ▮ | | ▮▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮ | |



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/15 | | WT Fed#09804 nternational Bank /Org=Sh Khalid Hamad K H AL Thani Srf# S0680460Cfb201 Trn#180215008677 Rfb# | 8 500 00 | | |





## Activity summary

[redacted]

## Transaction history

| Date | Check Number | Description | Deposits/Credits | Withdrawals/Debits | Ending daily balance |
|---|---|---|---|---|---|
| ▮ | | [redacted] | | | |
| ▮ | | [redacted] | | ▮ | ▮ |
| ▮ | | [redacted] | | | ▮ |
| ▮ | | [redacted] | | ▮ | ▮ |
| ▮ | | [redacted] | | ▮ | |
| ▮ | | [redacted] | | ▮ | |
| ▮ | | [redacted] | | | ▮ |
| 11/16 | | WT Fed#09084 nternational Bank /Org=Sh Khalid Hamad K H AL Thani Srf# S0673200E85B01 Trn#171116007166 Rfb# | 8,500.00 | | |
| ▮ | | [redacted] | | ▮ | ▮ |
| ▮ | | [redacted] | | ▮ | ▮ |
| ▮ | | [redacted] | | ▮ | |
| ▮ | | [redacted] | | | |
| ▮ | | [redacted] | | ▮ | |
| ▮ | | [redacted] | | ▮ | ▮ |
| ▮ | | [redacted] | | ▮ | ▮ |
| ▮ | | [redacted] | | ▮ | |
| ▮ | | [redacted] | | ▮ | |
| ▮ | | [redacted] | | ▮ | |
| ▮ | | [redacted] | | ▮ | ▮ |
| ▮ | | [redacted] | | ▮ | ▮ |
| ▮ | | [redacted] | | | |



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/21 | | WT Fed#09695 nternational Bank /Org=Sh Khalid Hamad K H AL Thani Srf# S0681411524B01 Trn#180521010889 Rfb# | 8,500.00 | | |





## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/23 | | WT Fed#03381  nternational Bank /Org=Sh Khalid Hamad K H AL Thani Srf# S0681132F1C801 Trn#180423045380 Rfb# | 8,061.64 | | |




## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/21 | | WT Fed#08169 nternational Bank /Org=Sh Khalid Hamad K H AL Thani Srf# S0681720Cae201 Trn#180621007326 Rfb# | 4 471 23 | | |


## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/12 | | WT Fed#01511 nternational Bank /Org=Sh Khalid Hamad K H AL Thani Srf# S06819316B8401 Trn#180712025115 Rfb# | 30,000.69 | | |