From: "Link Ahlers" <link@smokinbarrelguns.com>
Date: December 3, 2017 at 5:09:39 AM GMT+3
To: <pittard.matt@gmail.com>
Subject: Pistol info

Here are the following pistols we have and the details of each

1- Sig Sauer, P226, 9mm  47A198963

1-kimber, Custom TLE/RLII, 45acp.  K558180

1-Beretta, 92FS, 9mm, M87968Z

1- Beretta, 92FS, 9mm, A148950Z

1-FN, five seven, 5.7x28, 386328425

1- Springfield, TRP Operator, 45acp, NM462332

1-Sig Sauer, P226, 9mm, 47A208336

1-HK, USP9, 9mm, 24-164283

Please let me know if you need anything else?