# 2017 KH SAN DIEGO ROOM LIST

| Room # | Guest Name | Room Style | Description | Hotel |
|---|---|---|---|---|
|  | Sheikh Khalid Family Suite | Main Villa |  | Fairmont |
|  | KH Majilis | Suite |  | Fairmont |
|  | Jason | King Room |  | Fairmont |
|  | Asma | King Room |  | Fairmont |
|  | Babu | King Room |  | Fairmont |
|  | Faisal | King Room |  | Fairmont |
|  | George | Room close to KH | Lead Butler | Fairmont |
|  | Ahmed/Monseour | Double Room | Sheesha/Butler #2 | Fairmont |
|  | Veronica | King close to KH | Lead Nurse | Fairmont |
|  | Nurse 1-2 | Double Room | Private Nurse #1 and #2 | Off-site |
|  | Therapist 1-2 | Double Room | Massage Therapist #1 and #2 | Off-site |
|  | Matt Piitard / ▇▇▇ | Double Room | KH Secuirty | Fairmont |
|  | ▇▇▇ | Double Room | KH Secuirty | Off-site |
|  | LAPD Kids | Double Room | Secuirty Detail | Off-site |
|  | ▇▇▇ | King Room | KH Personnel | Fairmont |
|  | ▇▇▇ | King Room | KH Personnel | Fairmont |
|  | Liz / Annette | Double Room | MN Security | Fairmont |
|  | Shaker | King Room | Kids | Fairmont |
|  | Pakistani Secuirty 2 | Double Room | Kids | Off-site |
|  | Nanny's | Double Room | Kids | Fairmont |
|  | Driver 2 KH | Double Room | Raymond-Ted | Fairmont |
|  | Driver 2 MBN | Double Room | Alex-Reza | Fairmont |
|  | Driver MBN | Double Room | Sam-Kevin | Off-site |
|  | Driver Kids | Double Room | Jose-Main Kids | Off-site |
|  | Driver Kids | Double Room | Back Up Car | Off-site |
|  | Ramez Tohme | King Room | KH Guest | Fairmont |
|  | ▇▇▇ | Double Room | Errand Cars | Off-site |

1

# 2017 KH LAS VEGAS ROOM LIST

| Room # | Guest Name | Room Style | Description |
|---|---|---|---|
| | Sheikh Khalid | Presidential Suite | |
| | ███ | King Room | |
| | ███ | King Room | |
| | ███ | King Room | |
| | Ghanam | King Room | |
| | Faisal | King Room | |
| | George | Room close to KH | Lead Butler |
| | Ahmed/Monseour | Double Room | Sheesha/Butler #2 |
| | Veronica | King close to KH | Lead Nurse |
| | Nurse 1-2 | Double Room | Private Nurse #1 and #2 |
| | Therapist 1-2 | Double Room | Massage Therapist #1 and #2 |
| | Matt Piitard | King close to KH | Security Director |
| | ███ | King Room | Security Team Leader |
| | ███ | Double Room | Secuirty Detail |
| | ███ | King Room | KH Personnel |
| | ███ | King Room | KH Personnel |
| | ███ | Double Room | KH Guest |
| | Private Guest | King Room | |
| | Private Guest | King Room | |
| | Private Guest | King Room | |
| | Ramez Tohme | King Room | KH Guest |