

Date – 18 June 2018

**Employee name:** Matthew Pittard

Subject - Warning Letter

Dear Matthew,

It has been observed that you have proceeded on leave without prior permission of the concerned authorities or in accordance with HR policy, resulting in willful subordination and gross negligence of your duties.

As per procedure, you are expected immediately to return to Qatar to follow with your duties by the beginning of workday on 20 June 2018. The HR department has already been informed on the situation and instructed to provide you with an additional ticket (one way) from USA to Qatar in order to meet these work duties.

You are hereby warned to adhere on Geo Strategic Defense Solutions W.L.L. (GSDS) rules and regulations. Failure to comply with which, may result into disciplinary action against you. You are also advised to refrain from such activities in the future. We kindly request you to confirm the same in order for us not to take any further procedure as per employment/HR policies.

Kindly acknowledge receipt of this warning letter by affixing your signature at the bottom of this page.

Legal Department

        received by Employee:
        Matthew Pittard
        Date:

Geo Strategic Defense Solutions LLC - CR no: 89135
P.O.Box : 5008, Doha - Qatar / Phone number: +974 44505606

جيو ستراتيجك ديفنس سلوشينز ذ.م.م / سجل تجاري- ٨٩١٣٥
ص.ب ٥٠٠٨، الدوحه – قطر / هاتف ٤٤٥٠٥٦٠٦ ٩٧٤+

E-mail : info@gsds.com.qa