From: **Matthew J Pittard** 
To: Jumana Yunis                                      Hide
Cc: m.pittard@gsds.com.qa   Aman Shahani
byatesfoursome@msn.com

**Re: Warning Letter**
Today at 4:04 PM

Rcvd and to the point that you insisted in pointing out, no policies or procedures or SOP has ever been distributed to me during my time in Doha. This is to include from either company KH Holdings or GSDS which does not have anything of this nature in place. Sheikh Khalid was informed of my departure during our discussions for the SA Trip and again the night of his departure to SA.


Sent from my iPhone

On Jun 18, 2018, at 2:41 PM, Jumana Yunis <j.yunis@khholding.com.qa> wrote: