

# Khalid bin Salman Al-Thani · 3rd

--

Qatar · 500+ connections · **Contact info**

## Skills & Endorsements

**Management** · 48

 Endorsed by **Eike B., who is highly skilled at this**

**Leadership** · 42

**HAMAD ALMARRI and 41 connections** have given endorse

**Sales** · 31

**HAMAD ALMARRI and 30 connections** have given endorse