## Your trip

| | |
|---|---|
| Traveler | Mr Matthew Justin Pittard |
| Booking ref | WN6L7? |
| Issued date | 10 July 2018 |
| Agency | CLEOPATRA TRAVELS<br>C-Ring Road<br>Aiselah Street 43<br>Doha Qatar |
| Telephone | +974 44439321 |
| Fax | +974 44444019 |
| Email | clptra@qatar.net.qa |

*Why not use this space to promote your brand? Reach thousands of travelers everyday with Amadeus Media Solutions*

### Wednesday 11 July 2018



**Qatar Airways QR 703**



Check-in

| | | | |
|---|---|---|---|
| Departure | 11 July 01:55 | Doha, (Hamad International) (+) | |
| Arrival | 11 July 08:40 | New York, (John F Kennedy Intl) (+) | Terminal: 7 |
| Duration | | 13:45 (Non stop) | |
| Booking status | | Confirmed | |
| Class | | Economy (L) | |
| Baggage allowance | | 2 Piece(s) for Mr Matthew Justin Pittard | |
| Equipment | | AIRBUS INDUSTRIE A350-900 | |
| Flight meal | | Meal | |

### Wednesday 11 July 2018



**Delta Air Lines DL 2593**



Check-in

| | | | |
|---|---|---|---|
| Departure | 11 July 11:00 | New York, (John F Kennedy Intl) (+) | Terminal: 2 |
| Arrival | 11 July 13:53 | Tampa, (Tampa Intl) (+) | |
| Duration | | 02:53 (Non stop) | |
| Booking status | | Confirmed | |
| Class | | Economy (K) | |
| Baggage allowance | | 0 Piece(s) for Mr Matthew Justin Pittard | |
| Equipment | | AIRBUS INDUSTRIE A319 | |
| Flight meal | | Refreshments for purchase | |

### Ticket details

E-ticket QR 157-2647932497 for Matthew Justin Pittard
E-ticket DL 006-2647932498 for Matthew Justin Pittard

### General Information

\*\*\* Thank you for booking with cleopatra travels \*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* Dear customer \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This is to confirm that cleopatra travels will not be Responsibile for any interruption occur in your travel due To expiry/non-availability of residence permit, exit permit Transit visa, entry visa, delay in aircraft operations, Validity of passport, airline cancellation charges.
\*\*\*\* We wish you a safe and pleasant journey \*\*\*\*

### Ecological information