there.

I will send you a statement and those involved and those that acknowledged that in fact it was gone and they would have it returned including ghanem at sheikhs direction

Ghanem??? I will ask him. He said those items were removed?

Yes and when u get the statement it will explain all and the treatment

And the police and paki john etc etc

Delivered

  iMessage 





To: Aman Shahani

Sat, Jul 14, 13:44

Call back pls

Couldnt hear u 

Not Delivered

iMessage
Mon, Jul 16, 14:23

What is the status of my personal gear and equipment?

Thu, Jul 19, 13:56

Aman i take it the intent is not to return my personal equipment, this is theft.

Sat, Jul 21, 23:44

This is my last attempt for you to return what belongs to me in