> the car parts he wanted. I need the address for his card ending 2703 ibq
> 8:27 PM ✓✓

> Otherwise he will be calling you tomorrow
> 8:28 PM ✓✓

— Today —

**You**
Aman can you get my retainer processed ASAP until I get this end worked out with KH. I am working a lot of hrs here and causing problems a...

Hi
2:46 AM

Retainer processed   2:46 AM

> Have you made a payment to the hotel in san diego where we are going today?
> 7:58 AM ✓✓

I'm handling that with Jason - he will update you once everything is clear - I'm waiting for KH feedback on things also?
8:04 AM

> Understood i spoke with him before you called him. Im good
> 8:05 AM ✓✓

> Feedback from KH? What info do you need?
> 8:06 AM ✓✓