**Abdulrahmam Al Shamlan**

7/26/2018

Messages you send to this chat and calls are secured with end-to-end encryption.

This is Matt pls call me when you have a moment, this is no longer about the ramez event that is a now a separate matter this is about my treatment and what was done to me and theft of personal property    19:29

🚫 You deleted this message    19:33

🚫 You deleted this message    21:41

🚫 You deleted this message    21:43

MONDAY

This chat is with a business account. Click for more info.

Type a message