

**Legal Counsel.**

DINSMORE & SHOHL LLP
255 East Fifth Street ^ Suite 1900 ^ Cincinnati, OH
www.dinsmore.com

Andrew B. Barras
(513) 977-8304 (direct) ^ (513) 977-8141 (fax)
andrew.barras@dinsmore.com
Licensed in Ohio and California

July 23, 2018

**Via Certified Mail**
Attn: Matthew Pittard
1343 Lenton Rose Court
Trinity, FL 34655

Re: *Cease and Desist unlawful violations of Confidentiality Agreement*

Dear Mr. Pittard:

Please be advised that this firm represents K.H. Holding, LLC ("K.H. Holding"). It has come to our attention that you recently engaged in a series of actions in direct contravention with the Confidentiality Agreement (the "Agreement") you signed on July 10, 2018. As you are aware, the Agreement provides in Section II(2) that you are "[n]ot to communicate in anyway with any of the individuals/employees working with any of the Related Parties." Your recent communications and attempted communications with individuals associated with the "Related Parties" are in violation of the Agreement, serve no legitimate purpose, and are completely unacceptable.

The purpose of this letter is to inform you that the violations of the Agreement must immediately cease, or legal action will be initiated, as the facts and circumstances dictate. In any such legal action, K.H. Holding will seek all legal remedies available to it, including injunctive relief, damages, punitive damages, costs, and attorney's fees, as available under the Agreement and applicable law. While K.H. Holding would be well within its rights to initiate legal action at this juncture, K.H. Holding is generously providing you with an opportunity to rectify your behavior and comply with the Agreement.

In the event you fail to comply with this demand and the provisions of the Agreement, K.H. Holding will not communicate with you further prior to initiating legal action against yourself, your agents, and other related entities engaged in the above-described conduct.