SOSID: 1705423
Date Filed: 5/21/2018 8:54:00 AM
Elaine F. Marshall
North Carolina Secretary of State
C2018 138 01028

*State of North Carolina*
*Department of the Secretary of State*

## Limited Liability Company
### ARTICLES OF ORGANIZATION

Pursuant to §57D-2-20 of the General Statutes of North Carolina, the undersigned does hereby submit these Articles of Organization for the purpose of forming a limited liability company.

1. The name of the limited liability company is: **Al Anabi Performance, LLC**
   (See Item 1 of the Instructions for appropriate entity designation)

2. The name and address of each person executing these articles of organization is as follows: (State whether each person is executing these articles of organization in the capacity of a member, organizer or both by checking all applicable boxes.) **Note: This document must be signed by all persons listed.**

   | Name | Business Address | Capacity |
   |---|---|---|
   | J. Eric Quinn | 255 E. Fifth St. STE 1900 Cincinnati, OH 45202 | ☐ Member ☒ Organizer |
   | | | ☐ Member ☐ Organizer |
   | | | ☐ Member ☐ Organizer |

3. The name of the initial registered agent is: **CT Corporation System**

4. The street address and county of the initial registered agent office of the limited liability company is:

   Number and Street **160 Mine Lake Court, Suite 200**

   City **Raleigh** State: **NC** Zip Code: **27615** County: **Wake**

5. The mailing address, if different from the street address, of the initial registered agent office is:

   Number and Street _____

   City _____ State: **NC** Zip Code: _____ County: _____

6. Principal office information: (Select either a or b.)

   a. ☐ The limited liability company has a principal office.

   The principal office telephone number: _____

   The street address and county of the principal office of the limited liability company is:

   Number and Street: _____

   City: _____ State: ____ Zip Code: _____ County: _____

The mailing address, if different from the street address, of the principal office of the company is:

Number and Street: _____

City: _____ State: _____ Zip Code: _____ County: _____

    b. [✓] The limited liability company does not have a principal office.

7. Any other provisions which the limited liability company elects to include (e.g., the purpose of the entity) are attached.

8. **(Optional):** Listing of Company Officials (See instructions on the importance of listing the company officials in the creation document.

| Name | Title | Business Address |
|---|---|---|
|  |  |  |
|  |  |  |

9. **(Optional):** Please provide a business e-mail address: _____
The Secretary of State's Office will e-mail the business automatically at the address provided above at no cost when a document is filed. The e-mail provided will not be viewable on the website. For more information on why this service is offered, please see the instructions for this document.

10. These articles will be effective upon filing, unless a future date is specified:
_____

This is the  18  day of May , 20 18 .

                              Al Anabi Performance, LLC

                              *[signature]*
                              Signature

                              J. Eric Quinn, Organizer
                              Type or Print Name and Title

---

The below space to be used if more than one organizer or member is listed in Item #2 above.

_____     _____
          Signature                                        Signature

_____     _____
Type and Print Name and Title         Type and Print Name and Title

**NOTE:**
1.    Filing fee is $125. This document must be filed with the Secretary of State.