

# J. Eric Quinn

Partner
Cincinnati, OH

vCard    Resume

(513) 977-8606
eric.quinn@dinsmore.com

## Cincinnati, OH

**PHONE**
(513) 977-8606

**FAX**
(513) 977-8141

**ADDRESS**
255 E. Fifth Street
Suite 1900
Cincinnati, OH 45202

Eric focuses his practice on mergers and acquisitions, securities regulation, and capital markets. His work in the M&A space involves domestic and cross-border M&A, joint venture, private equity, and venture capital transactions, including negotiated mergers, leveraged buyouts, and the acquisition and divestiture of divisions and subsidiaries. He has experience representing issuers and underwriters in public and private offerings and in all aspects of corporate, partnership, and limited liability company law in Ohio and Delaware. He also counsels boards of directors on corporate governance, compliance, fiduciary duty, and executive compensation matters.

He represents clients in a wide range of industries, including financial services, technology, life sciences, consumer products, and manufacturing.

Prior to joining Dinsmore, he worked in the U.S. Securities & Exchange Commission's Division of Corporation Finance. He draws on this background to provide guidance on securities and exchange related matters, including compliance, corporate governance, stock exchange listing, and other general corporate matters.

**SERVICES**

Corporate & Transactional

Mergers & Acquisitions

Capital Markets

Public Company Reporting, Compliance & Governance

Banking & Financial Services

Bank Regulatory & Enforcement

## Education

- The George Washington University Law School  (J.D., 2012)
- University of Kentucky  (B.B.A., magna cum laude, 2009)
    - Finance

## Bar Admissions

- Ohio
- Virginia (Inactive)

## Affiliations/Memberships

- Ohio State Bar Association
- Catholic Inner-City Schools Education Fund (CISE), Advisory Board

© 2020 Dinsmore & Shohl LLP. ADVERTISING MATERIAL. Dinsmore is an equal opportunity employer. Website Credits