## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## BOSTON DIVISION

| | |
|---|---|
| ROBERT VON SMITH, <br> TERRY HOPE, <br> RAMEZ TOHME, <br> MATTHEW PITTARD, <br> MATTHEW ALLENDE, and <br> JASON MOLLENBRINK, <br><br>                    Plaintiffs, <br><br> v. <br><br> H.E. SHEIKH KHALID BIN HAMAD BIN KHALIFA AL THANI, *et al.* <br><br>                    Defendants. | Civil Action No.: 1:20-cv-11143-DLC |

### DEFENDANT KHALID BIN HAMAD BIN KHALIFA AL THANI'S NOTICE OF JOINDER OF MOTION TO ENFORCE COURT ORDER OR, IN THE ALTERNATIVE, FOR A TIME AND PAGE EXTENSION TO RESPOND TO AMENDED COMPLAINT

Defendant Khalid Bin Hamad Bin Khalifa Al Thani ("Mr. Al-Thani") files this Notice of Joinder in the Motion to Enforce Court Order Or, In the Alternative, For a Time and Page Extension to Respond to Amended Complaint filed by Defendants Donald Greenbaum ("Greenbaum") and Al Anabi Racing USA, LLC, Al Anabi Racing, Limited, Al Anabi Performance, LLC, and Speedtech, LLC ("the Corporate Entities") (Dkt. No. 84). Mr. Al-Thani joins Greenbaum and the Corporate Entities' Motion in accordance with the Court's October 8, 2020 Order (Dkt. No. 80) that the parties refrain from filing repetitive filings, and to instead join each other's motions whenever feasible. Mr. Al Thani reserves his right to assert any and all available defenses, including improper service and lack of personal jurisdiction

                                                   Respectfully submitted,

                                                   **KHALID BIN HAMAD BIN KHALIFA AL THANI**

By his attorneys,

/s/ *Richard Champagne*
Richard T. Champagne, BBO# 682955
Champagne Law Group, P.C.
Braintree Quincy Center
859 Willard Street Suite 400
Quincy, MA 02169
Ph: 617-273-2464
rchampagne@champlawgroup.com

/s/ *Alejandro O. Soto*
Alejandro O. Soto, Fla. Bar #0172847
Fridman Fels & Soto, PLLC
2525 Ponce de Leon Blvd., Suite 750
Coral Gables, FL 33134
Ph: 305-569-7707
asoto@ffslawfirm.com
*Admitted pro hac vice*

Dated: **November 3**, 2020

## CERTIFICATE OF SERVICE

I, Richard Champagne, counsel for Defendant Khalid Bin Hamad Bin Khalifa Al Thani, in the above-referenced matter, hereby certify that on **November 3**, 2020, I electronically filed the foregoing Notice of Joinder in the Motion to Enforce Court Order Or, In the Alternative, For a Time and Page Extension to Respond to Amended Complaint with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

/s/ Richard Champagne
Richard T. Champagne